E-FILED
Tuesday, 13 August, 2016 04:59:59 PM
Friday, 13 August, 2016 04:59:59 PM
Clerk, U.S. District Court, ILCD

# Exhibit A



# Quotation # SQ-000069-VI (RL/AS)
# (As Sold)

# GFG 850
# Continuous Fluid Bed Granulator

Offered to:
Michael Ernster
Tate & Lyle
Sycamore, IL

Offered by:
Glatt Air Techniques, Inc.
Ramsey, New Jersey

April 2, 2008



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 2 of 63**

| | | |
|---|---|---|
| **1.0** | **GENERAL REMARKS** | **3** |
| **2.0** | **SCOPE OF SUPPLY** | **4** |
| **3.0** | **PROCESS DESCRIPTION** | **6** |
| **4.0** | **EQUIPMENT SPECIFICATION** | **7** |
| 4.1 | CONTINUOUS GLATT® FLUID BED GRANULATOR, TYPE GFG 850 | 7 |
| 4.2 | PROCESS CONTROLS | 8 |
| 4.3 | PRODUCT CHARGING SYSTEM (HAF) | 25 |
| 4.4 | PRODUCT DISCHARGE FROM THE GRANULATOR | 29 |
| 4.5 | MATERIAL HANDLING FROM THE SCREENER DISCHARGE (HAF) | 32 |
| 4.6 | LIQUID SPRAY SYSTEM | 35 |
| 4.7 | WIP CLEANING SYSTEM | 37 |
| 4.8 | INLET & EXHAUST AIR SYSTEM | 39 |
| 4.9 | EXPLOSION PROTECTION SYSTEM FOR GFG 850 | 42 |
| 4.10 | COMMISSIONING SERVICES | 43 |
| **5.0** | **THIS SECTION IS NO LONGER APPLICABLE** | **44** |
| **6.0** | **PRICING SUMMARY** | **46** |
| **7.0** | **OPTIONS AND SPARE PARTS** | **47** |
| 7.1 | FILTER PLATES FOR GFG 850 | 47 |
| 7.2 | CREDIT FOR CONTROL OPTIONS | 47 |
| 7.3 | OPTION FOR SUPPLYING MATERIAL CONTACT SURFACE PARTS WITH 3A FINISH | 47 |
| **8.0** | **TECHNICAL DATA** | **48** |
| **9.0** | **ADDENDUM I** | **49** |
| 9.1 | ADDITIONAL INFORMATION | 49 |
| **10.0** | **ADDENDUM II** | **52** |
| 10.1 | LIQUIDATED DAMAGES FOR DELAYED SHIPMENT TERMS | 52 |
| **11.0** | **ADDENDUM III** | **54** |
| 11.1 | TYPICAL PERFORMANCE TEST | 54 |
| **12.0** | **ADDENDUM IV** | **56** |
| **13.0** | **FIELD LABOR RATES** | **57** |
| **14.0** | **GLATT STANDARD TERMS AND CONDITIONS OF SALE FOR TATE & LYLE** | **59** |



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 3 of 63**

## 1.0    GENERAL REMARKS

Offered is a plant for a continuous agglomeration process. The solid raw material is a soluble corn fiber. The binding liquid is an aqueous solution of maltdodextrin. The equipment is designed based on the following process parameters, which were determined during the trials on the GFG 20 in Weimar in the week of March 10th 2008.

| solid raw material | soluble corn fiber | |
|---|---|---|
| liquid raw material | aqueous solution of maltodextrin | |
| solid concentration of maltodextrin solution | 34…36 | % (w/w) |
| percentage of maltodextrin in product | 9…11 | % (w/w) |
| inlet air temperature | 75 | °C |
| | 167 | °F |
| water evaporation rate | 280 | kg/h |
| | 620 | lbs/h |
| throughput (product) | 1,500 | kg/h |
| | 3,300 | lbs/h |
| product temperature | ≤ 30 | °C |
| | ≤ 86 | °F |
| residual moisture | < 5.0 | % |
| grain size, maximum particle size | 95% < 1.50 | mm |
| | max. 5% > 1.50 | mm |
| grain size, mean particle size (d 50) | 250 …. 350 | µm |
| bulk density | 575 … 625 | g/l |

In addition to the trials with soluble corn fiber, further trials were carried out with corn syrup solids, which were agglomerated with a sugar solution in week of March 10th 2008. For this product the expected process parameters are the following

| solid raw material | corn syrup solids | |
|---|---|---|
| liquid raw material | aqueous solution of sucrose | |
| solid concentration of sucrose solution | 49 …51 | % (w/w) |
| percentage of sucrose in product | 14 … 16 | % (w/w) |
| inlet air temperature | 75 | °C |
| | 167 | °F |
| water evaporation rate | 190 | kg/h |
| | 420 | lbs/h |
| throughput (product) | 1,250 | kg/h |
| | 2,760 | lbs/h |
| product temperature | ≤ 30 | °C |
| | ≤ 86 | °F |
| residual moisture | < 5.0 | % |
| grain size, maximum particle size | 95% < 1.50 | mm |
| | max. 5% > 1.50 | mm |



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 4 of 63**

| grain size, mean particle size (d 50) | 300 …. 400 | µm |
|---|---|---|
| bulk density | 625 … 675 | g/l |

Solid raw material and solid product transport systems are designed for a throughput of 3.0 m³/h = 1.765 ft³/min, based on a bulk density between 0.25 and 0.7 kg/l.

All raw materials and utilities are supplied by the customer. All product and used utilities are taken over by the customer.

An explosion suppression system is offered for the granulator.


**2.0   SCOPE OF SUPPLY**

The offered design consists of:

1.   Continuous Fluid Bed Granulator-Glatt Model GFG 850
     Includes:
     - Inlet Air Plenum
     - Processing Chambers
     - Expansion Chamber
     - Filter Housing
     - Explosion Suppression system
     - WIP Nozzles

2.   Process Control System

3.   Product Charging System
     Including,
     - Paper Bag Dump Station
     - Big Bag Unloading Station
     - Vacuum Based Pneumatic Conveying System
     - Loss in Weight Feeder

4.   Product Discharge System
     Including,
     - Tumbling Screen
     - Dense Phase Pneumatic Conveying System for Final Product
     - Dilute Phase Pneumatic Conveying System for Fine Product
     - Final Product Hopper

5.   Liquid Spray System
     Including,
     - Two Solution dispensing Tanks
     - Six Pump assemblies servicing 18 Spray Nozzles



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 5 of 63**

6.  WIP Cleaning System
    Including,
    - Two WIP Valve Manifolds, each with 10  zone valves
    - WIP skid including a 5 m$^3$ cleaning tank

7.  Inlet and Exhaust Air System
    - Inlet Air Handling Agglomeration Zone with direct fire gas burner
    - Inlet Air Handling Cooling Zone with desiccant dehumidification system including freeze protection
    - Exhaust Air system
    - Central Dedusting System

8.  Explosion Suppression System
    - Explosion Suppression system for GFG 850

9.  Commissioning Services



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 6 of 63**

## 3.0    PROCESS DESCRIPTION



Expansion chamber
with internal filter

Processing chamber

Bottom screen

Inlet air plenum

*Picture 1: Operating principle GFG the peripheral equipment is shown in the process flow diagram*

Solid raw material is delivered by the customer in 50 lbs bags, totes or big bags. One of the discharge stations is used at a time. The raw material is fed into a raw material hopper by means of dense phase pneumatic transport. From this hopper the solid raw material is gravimetrically dosed and fed into the GFG via a twin valve and an inlet chute **(1)**. There the particles are fluidized above a bottom screen by a flow of process air **(2)**. Inside the GFG the material is conveyed by the fluidizing process air only. Starting material is usually the solid bed material which is saved when shutting down the previous production run.

The process air **(2)** is heated by means of a directly fired natural gas burner and divided to the first six inlet air chambers. The process air velocity of each chamber can be adjusted separately by means of valves. The final inlet air chamber is supplied with cool and dry air, which is generated by water to air heat exchanger and



an adsorption wheel. An internal filter separates the dust from the exhaust air, which leaves the GFG **(4)**.

Nozzles in the processing chamber spray the binding liquid into the fluid bed **(5)**. The fluidized particles are wetted, the surface becomes sticky and the particles agglomerate. There are no nozzles in the second section (above the last inlet air chamber). Here the finished product is dried and cooled before it is discharged (3).

Since little product is lost the GFG ensures a high yield.

## 4.0 EQUIPMENT SPECIFICATION

### 4.1 Continuous Glatt® Fluid bed Granulator, Type GFG 850

- Material of construction AISI 304
- Material of all product contact parts AISI 316L
- Interior welds pickled and brushed
- Interior welds ground smooth
- Interior surface roughness for product contact parts:
  USA Finish #4 3A sanitary finish (3C metal sheet)

  Overall dimensions
  Length:    10,200 mm   (with connection for charge and discharge)
  Width:     2,800 mm
  Height:    6,300 mm, (including the vessels for compressed air)

The GFG consists of:

### 4.1.1 Inlet air plenum

Divided into six chambers for the agglomeration zone, each equipped with
- connection for process air
- inspection door
- drain for wash water

And one chamber for the drying and cooling zone, equipped with
- 2 connections for process air
- inspection door
- drain for wash water

### 4.1.2 Processing chamber

- Bottom screen; area 8.5 m²
- 18 nozzle connection ports
- 18 pneumatic nozzles



- Connection for raw material inlet
- Connection for product discharge
- 1 personal access port
- 7 sight glasses

With 3 connection port for pressure measuring and 4 connection ports for temperature measuring the processing chamber is divided above the inlet air plenum by means of a weir which can be taken out for the cleaning process.

### 4.1.3   Expansion chamber and filter housing

With internal filter

- 75 filter plates, continuously cleaned by reversed jets
- Frequency of reversed jets adjustable
- Distribution of compressed air for reversed jets installed in clean gas area
- 5 inspection doors on clean gas chamber
- Filter plates can be dismantled to the side

With 1 connection ports for differential pressure measuring
 (One on raw gas side, one on clean gas side)

### 4.1.4   WIP nozzles

- For WIP the GFG 850 is equipped with 29 WIP nozzles, rigidly installed, remain installed during the process and do not retract.
- The spray-balls are secured in place with a clip and they are removable. But some of them need access by ladder from inside.

### 4.1.5   Notes:

- The GFG 850 will be assembled on site. All welding required for assembly is included in the RDG Quotation.

### 4.2   **Process Controls**

### 4.2.1   Process Control System Architecture

#### 4.2.1.1   Overview

The process control system monitors and controls all systems described in this quotation and presents graphical screens for operator control. Glatt automation integration engineering services are provided to create a seamless project implementation and operating experience for plant personnel.  We handle all aspects of control system coordination.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 9 of 63**

The system utilizes an Allen Bradley ControlLogix programmable logic controller in the Main Control Panel with physically distributed input/output systems and two human machine interfaces (HMI). One HMI is located near the process equipment. The second HMI is a desktop display to be located in a non-hazardous 'control room' area. Each HMI runs Wonderware graphical software.

The control system runs the continuous fluid bed granulator using automated start-up and shutdown sequences. A manual mode is included which disables automatic logic while maintaining equipment and personnel safety interlocks and alarms. Process data are stored to a secure relational database for later recall. A maintenance mode is included to assist your plant maintenance personnel by allowing them direct control over individual control outputs with minimal programmed interlocks.



Glatt coordinates the delivered control system documentation to provide a complete package for maintenance use. This includes documenting all wiring and tubing connections through either new Glatt drawings or references to vendor documentation.

We provide a complete underlined functional specification (narrative) describing the process system interlocks and sequences. A user operating manual describes the operator's actions using a combination of narrative, customized screens and typical screens. This manual also presents requirements for proper care of the control system through routine maintenance.

Note: There will be no financial or schedule impact if we switch to GE Proficy - iFIX version 4.5 in place of Wonderware provided the decision is made on a timing basis. This product is current and was released on September 5, 2007.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 10 of 63**

### 4.2.1.2   Control System Design Basis

☐   The control system is based on a <u>distributed architecture</u>. One Main Control Panel is located out of the process area housing the main PLC and the process PC. This panel connects to multiple, distributed panels (DP) and vendor panels via a combination of network and hardwired connections. Each DP panel is designed to connect to devices in a physical area. All connected signal and device information is formatted and represented on the HMIs.

☐   The <u>process area HMI panel</u> is mounted in a stand alone NEMA 4X, stainless steel, wall mount enclosure.  A full graphic SCADA system displays real-time process data and provides operator information via the flat panel screen. Control actions are performed through an industrial keyboard and mouse. Standard reports may be printed to the included network printer.

☐   The <u>control room HMI</u> duplicates the complete functionality of the process area HMI. It is specified as a desktop unit.

   <u>Note</u>: Both Process area HMI & Control room HMI have a capability to provide full access to run and monitor the process.

☐   The HMI computer hardware and operating system software are included in our quote but <u>may be supplied by the customer</u> provided they meet Glatt's minimum requirements and can be supplied to Glatt within (8) eight weeks of order placement to meet the demands of our project schedule.  Glatt will issue a computer specification within three weeks of PO receipt.

   <u>Note</u>: Please refer to section 7.2 for credit details on HMI hardware.

☐   The process control network described herein is completely <u>isolated from any plant network</u> in the customer's facility. All login activities will be performed against the local computer with no network user verification. Connection to a plant network for any reason and the associated testing requires additional discussion and will add engineering and on-site costs to the project.

☐   The <u>Main Control Panel</u> houses the main programmable logic controller, HMI computers and electric components.  The main panel is designed to be located in a non-hazardous, dry location.  Ladder logic monitors and controls all interlocks, alarms, permissives and sequencing.  A secure relational database provides storage of vital process data, alarms, and events.

☐   <u>Distributed panels</u> house various types of electronics, distributed input/output modules and pneumatics. Each panel will have differing combinations of some or all of these items. Details of these choices become available during the detailed design phase of the project.



☐ The <u>material handling system control panel</u> contains PLC hardware and electronics. It communicates with the main control panel to provide data and receive commands.

☐ <u>Motor control interface</u> will be via network and hardwiring. The MCC will have distributed IO as part of the design. Drives and IO will communicate via DeviceNet. Hardwired safeties and certain permissives will run direct via wiring.

☐ Glatt will provide 20% spare points beyond those directly used for system control. These spare points will be grouped by type (digital in, digital out, analog in, analog out) with 20% for each type. Spare points will be wired to terminals or left unwired at the Flex terminals.

### 4.2.2   Control System Software

<u>Software Features</u>

The control system provides all software functions required for the quoted equipment. All digital functions and analog control loops are directed through the PLC system ladder logic and function diagrams (as needed). Proper display of this data is coordinated through communication software. Configurable, customized graphical display software is used to present a clear picture to the operators on the HMI allowing them to make the correct choices needed to efficiently run the process. Functions include ….

- Start/stop of all process equipment (valves, motors, etc.).
- Process parameter scaling and indication.
- Status indication for process equipment.
- Safety interlock logic and alarms.
- Integration of hardwired safety systems with alarms.
- Emergency stop indication and shutdown.
- Required machine safety interlocks to ensure safe operation of the continuous fluid bed granulator.
- Alarm handling system presents critical alarms on-screen for operator acknowledgement and associated action.
- Alarms will have adjustable limits for high and low [for example]. Some alarms will have dual sets of alarm limits [low-low, low, high, high-high]. These are identified during the detailed design phase of the project.
- Certain alarms will have fixed limits that are not adjustable by an operator/supervisor. These relate to machine and operator safety.
- Alarm shutdown sequences, optimized for product recovery.
- PID control loops to maintain process parameters with auto and manual modes.





**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 12 of 63**

- Sequence control logic.
- Arithmetic calculations.
- Timer set point adjustments.
- On/Off/Test to control the liquid spray pumps.

## 4.2.2.1 Secure User Authentication

Users are authenticated through the local HMI computer.  You may <u>optionally</u> connect the control system to a central user authentication server (such as your plant server or a central server provided by Glatt). Four user levels are provided: Administrator, Operator, Supervisor, and Maintenance.

## 4.2.2.2  Sequence Control

The control system will run the continuous fluid bed process using automated startup / shutdown sequences. A set of sequences are provided each with 15 steps and its own setup screen. Certain parameters of these sequences will be available for modification by the owner. This control is available in Automatic mode. The operator has the ability to interrupt (pause) a sequence. He/she may also command the system to resume from the last successful step of the sequence.  The display system provides status of the sequence including current step and any alarms.

## 4.2.2.3  Modes of Operation

| **AUTOMATIC MODE** |
| --- |
| • Uses fixed startup and shutdown sequences with pause/resume possible (MANUAL) (once in manual, you must continue the sequence by manual command).<br>• Parameter configuration. |
| **MAINTENANCE MODE** |
| • Maintenance mode is used for troubleshooting, testing, and general maintenance without running the complete process.<br>• The user cannot switch to this mode unless the process is stopped.<br>• A user with the proper security access can monitor all inputs and directly control all output devices. This mode must be used only by trained personnel with all necessary precautions taken for human and machine safety.<br>• All process alarms and non-safety related interlocks are disabled in the maintenance mode.<br>    This includes features such as:<br>        o   Edit the preset set point values.<br>        o   Run a motor<br>        o   Open – close a valve<br>        o   Observe the signal originating from a field device |



4.2.2.4   Subsystem control

This is an integrated system consisting of multiple subsystems supporting the continuous fluid bed. This includes material feed, air handling, wash-in-place, solution spray, screening, product handling, dust collection and motor control. Each of these systems is directed by the main system. In some cases, a network connection will transfer run-stop commands and set-point information. In others, hardwired safety interlock signals will be connected to provide safe operation and emergency shutdown.

4.2.2.5   Wash In Place Control

The Wash in Place (WIP) control system monitors and controls nine (9) zones of cleaning. These zones will be sequenced within four (4) distinct cycles: Pre-rinse, detergent wash, final rinse, and drying. Each of the four cycles is commanded by a fixed sequence actuating the valves that define a zone, thus four fixed sequences are provided. Each fixed sequence contains a configurable set of time set-points allowing you to control the 'ON' duration for each zone within a given cycle.

A simple WIP routine is as follows …

- Manually fill the WIP tank with water
- Initiate a <u>PRE-RINSE</u> cycle. The nine zones are sequenced, spraying water in the cleaning areas.
- The dirty water is removed.

- Manually fill the WIP tank with detergent solution.
- Initiate a <u>DETERGENT WASH</u> cycle. The nine zones are sequenced, spraying washing solution in the cleaning areas.
- The dirty wash solution is removed.

- Manually fill the WIP tank with water.
- Initiate a <u>FINAL RINSE</u> cycle. The nine zones are sequenced, spraying water rinse solution in the cleaned areas.
- The dirty final rinse solution is removed.

- Initiate a <u>DRYING</u> cycle. The nine zones are sequenced, blowing drying air through the lines purging them and drying the machine.
- The system s ready for the next cleaning activity.


Note 1: Cycle initiation ["START CYCLE" command] is performed through an HMI. Individual cycles may be repeated and may be forced to move forward to the end ["END CYCLE" command]. Cycles may be paused ["PAUSE CYCLE" command] or may be halted ["HALT CYCLE" command] awaiting restart.

Note 2: Interlocks prevent operation of the WIP during process operation.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 14 of 63**

4.2.2.6   Secure Data Storage and Reporting

Data is stored to a secure relational database.  No data can be deleted. Reports are generated.  The following standard reports are included:

- 'Run' report by run (campaign) with start time and end time.
- Audit trail of events by date and time.
- Process parameter report with time and date for each listed parameter.
- Alarm report

4.2.2.7   Screen Features and Displays:
(Screen images typical only)

Graphical screens depict all equipment shown on the approved process and instrument diagrams. A combination of color change, flashing, text change and numeric value change is used to depict the current state of the process.

- <u>Mouse-based Control</u>   Perform actions or navigate from display to display.

- <u>Menu Tabs</u>   Allow the user to navigate from one screen to another.

- <u>Intro Screen</u>   Provides Glatt contact information, software revision number and access to the password entry function to be verified through operating system security.

- <u>Main Equipment Screen</u>   Serves as the primary display screen.  It presents an overview of the system.  Sub-systems such as the air handler, feed and product handling systems may be reached through pop-up windows by clicking on the associated button.  The screen contains the equipment graphic, phase detail pop-up, sequence pop-up, and alarm/status line.

- <u>Process Sub-Windows</u>   Various pop-up sub-windows are included to match your delivered equipment.  Each pop-up contains details not shown on the Main Equipment Screen.  Operation and display colors of these screens are identical to the Main screen.

- <u>PID Popup Control</u>   Allows an authorized user to set up and tune the PID loops.  A graphical depiction of a PID controller faceplate is provided for all the PID loops.

- <u>Maintenance</u>   System Maintenance is performed by selecting the item desired from the graphic screen and clicking to open a maintenance sub-window.  The sub-window allows the user to monitor all system inputs and to individually set all system outputs.  This functionality greatly facilitates system troubleshooting and validation.  Communications diagnostics are included.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 15 of 63**

- <u>Alarm Summary Screen</u>   Displays the most recent alarm conditions.  Each alarm condition is displayed with a time and date stamp indicating when the alarm occurred and when it was acknowledged.

- <u>Report Software</u>   Data is saved to a secure database by run number. This allows you to easily specify which data you want to report, whether process data, alarms, audit trail or events.  The selected data is accessible for review and hard copy printout.

- <u>Real Time Trend Screens</u>   Provide the ability to display and plot up to eight process variables in relation to time.  The instantaneous values are also displayed.  Each process variable is displayed in a unique color.  The user has the ability to select which process variables are displayed and the duration of the trend.

4.2.2.8   Security Features
(Screen images typical only)

The following security features are available on this system.  These features will be discussed with the customer prior to implementation during the detailed design phase.

- <u>Password uniqueness</u>   Requires that a changed password must be different from its predecessor.

- <u>Password lockout</u>   Prevents new password entry after an adjustable number of failed attempts.

- <u>Password Aging</u>   Requires that a user change their password after an adjustable number of days to reduce the possibility of a password becoming common knowledge.



- <u>Password Minimum Length</u>   Requires the user to create a password of at least 6 characters.

- <u>Auto-Logout</u>   This disables an active user authentication after an adjustable number of minutes.



4.2.2.9   Data Security Features
(Screen images typical only)

- <u>Secure Relational Database</u>:   A relational database resides on the process computer.  This database will serve as the original source of data for all requests whether they are viewed on-screen, in report form or copied electronically.

- <u>Windows operating system</u>.  Glatt's control system design solution is based on the Windows operating system.  This provides an added level of security and interoperability.  User administration tasks will be handled through the standard Windows screens.

- <u>Data Integrity</u>: All data will be stored locally in the secure database.  Data includes process data, alarms, and events.

- <u>Operator Input Range Checking</u> to ensure the entered data is valid for the application.

- <u>Full Database Backup / Restore Routine</u> preventative maintenance through regular backups is essential to maintaining a reliable automation system.  We provide a control window that may be used by authorized individuals to copy the entire production database for backup / restore purposes only.  Data will be saved to a CD writer included with the computer.  This system does not provide backup for application programs.  Glatt provides these at the completion of commissioning via CDs that should be stored if needed to restore the basic system to an as-delivered state.

- <u>Database Audit Trail Report</u>: A report will be provided to list audited database changes made to the core database.  This will detect unauthorized access attempts.

**4.2.3**   Hardware Features

<u>Major pieces of control system hardware:</u>

- Human Machine Interfaces (HMI)

  - Process Area Station #1
  - Control Room Station #2   (redundant functions to Process Area Station #1)

- Main panel – Houses the PLC and the process area PC.

- Distributed panels - multiple panels locate near concentrations of signal and control points connected to the main control panel via Ethernet.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 17 of 63**

- Motor Control Center

---------------------------------------------------------------------------------------------------------------------

4.2.3.1   Human Machine Interface (HMI) Panel(s) – Process Area



- The HMI is to be installed local to the process equipment.  It houses the flat panel monitor, keyboard, and mouse.

- Suitable for Non-hazardous or Class II, Division 2, areas (Group G).

- UL Listed 

1.  Quantity one (1)

2.  HMI Enclosure
    - NEMA 4X, direct wall mount, 316L Stainless Steel
    - Front access door, sloped top design
    - Dual, internal blowers for continuous air circulation
    - 0 – 45 degree C operating temperature

3.  HMI Physical Data

    | | | | |
    |---|---|---|---|
    | Height | 38.68" | 982 mm | |
    | Width | 22.00" | 559 mm | |
    | Depth (no purge) | 15.70" | 399 mm | |
    | Depth (with purge) | 22.13" | 562 mm | [OPTION] |
    | Weight | 85 pounds | 38.7 kg | |

4.  Electrical Requirements and Specs
    - 120 VAC, 1 phase, 60Hz supplied from the main control panel
    - Multi-outlet surge suppressor

5.  Manual Controls and Indication
    - Monitor: 20" TFT, 1024 x 768 native, 50,000 hour backlight
    - Operator Membrane Keyboard with tactile feel
    - Industrial Point Device (mouse)
    - Emergency Stop Pushbutton supplied loose.

4.2.3.2   Human Machine Interface (HMI) Panel – Control Room

1.  Quantity one (1)



2.  HMI Enclosure -None, desktop monitor

3.  Electrical Requirements and Specs
    - 120 VAC, 1 phase, 60Hz supplied from the main control panel
    - Multi-outlet surge suppressor
    - Operator Full travel Keyboard
    - Pointing Device (mouse)
    - Emergency Stop Pushbutton supplied loose for wall mounting.

### 4.2.3.3   HMI Computer(s) and Printer Specs

1.  Quantity two (2) computers

2.  Quantity one (1) printer
3.  HMI computer(s) are housed in the main control panel to provide protection and ease of maintenance. The list, below, identifies the minimum set of features that are supplied with these computers.

| | |
|---|---|
| **Server**<br>HP xw6400 | **Multi Media**<br>HP 16x DVD+/-RW Drive |
| **Processor 1**<br>1.86 GHz, Dual Core Intel Xeon | **Monitor**<br>19" TFT Flat Panel |
| **RAM Memory**<br>1 GB PC2-5300  (2x512MB) | **System Configuration**<br>Mini Tower |
| **Video RAM**<br>128 MB NVIDIA Quadro PCIe Graphics Card | **Storage Controllers**<br>Integrated SATA with RAID |
| **Hard Drive**<br>80GB 3Gb/s SATA 7200 rpm Drive  2  Qty | **Operating System**<br>MS Windows XP Pro SP2 |
| **RAID Protection**<br>RAID 1 | **Database**<br>MS SQL |
| **Printer**<br>Color Deskjet | **Expansion Slots**<br>6 |
| | **Hard Drive Partitions**<br>C partition: 15 Gb NTFS<br>D partition: 65 Gb NTFS |

### 4.2.3.4   Main Control Panel and Distributed Panels

1.  Quantity one (1) main control panel



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 19 of 63**

2.  Quantity four (4) distributed panels

3.  The main control panel houses the Programmable Logic Controller (PLC), process area HMI computer(s), and electrical power distribution components. There will be separate distributed panels mounted at strategic points near the process equipment.  These distributed panels will serve as a junction point between the field devices and the main panel and will contain Allen Bradley Flex I/O modules.

4.  Main Panel Construction Specifications
    - Epoxy painted, multiple doors, carbon steel NEMA 12 or NEMA 4 enclosure as required.
    - UL Labeled
    - Adheres to NEC

    

5.  Security Components
    - Main panel - Keyed lock for physical access control to the PLC and process computer.

6.  Electrical Components
    - Contactors
    - Circuit Breakers
    - Relays

    - 24VDC Power Supply

    - Solenoid Valves
    - Modem communication at 19.2K
    - Uninterruptible Power Supply, 1.5KVA[1]
    - Intrinsic Safety Barriers[2]

7.  Pneumatic Components
    - Pressure Regulators
    - Pressure Switches
    - I/P Transducers

    - P/I Transducers
    - Air Volume Booster

8.  Programmable Logic Controller
    - Allen-Bradley ControlLogix with Ethernet communication.
    - Allen-Bradley modular I/O boards.
    - Allen-Bradley mounting chassis.
    - Allen-Bradley system power supply.

    

---

[1]  The UPS has sufficient capacity to power both the PLC and process HMI display for 5 minutes.  This will allow the control system to hold the current process set points and batch processing information in memory.  If power can be restored before the UPS loses power the user will have the option of resuming processing.

The UPS unit also protects the PLC and HMI display from voltage spikes, power surges, and brown outs that are inherent in commercially available power.  Status of the unit is monitored for a loss of power and a low battery condition.  Alarm indication and shut down is included.

[2]  All field mounted instruments in the hazardous rated locations will be provided with intrinsic safety barriers or intrinsically safe Flex I/O modules.



4.2.3.5   Motor Control Center (MCC)

1.      Quantity one (1)

2.      The MCC houses most Variable Frequency Drives (VFDs) and single and multiple speed motor starters.   The incoming power is expected to be 480 VAC/60 Hz.  Additional starters and drives may be mounted in control panels.

3.      Construction Specifications (estimated, final dimensions and size to be determined during detailed design)
- Manufacturer – Allen-Bradley Centerline (model MVV 850)
- 20" deep
- 90" high
- 800Amp main bus with main incoming breaker, 50K at 480V
- 9 sections (final arrangement and size to be determined during detailed design).
- Epoxy painted, multiple doors, carbon steel NEMA 1A enclosure.
- Designed for location in a non-hazardous, dry area.
- UL Listed
- Adheres to NEC

4.      Electrical Components
- Variable Frequency Drives (Powerflex 700)
- Full Voltage Non-Reversing Motor Starters
- Relays
- Emergency Stop circuitry

4.2.3.6   Ex Suppression System Control Box

1.   Quantity one

4.2.3.7   Network Interfaces

- The process computer connects to the PLC via Ethernet.
- The main PLC connects to the Flex I/O via Ethernet.
- The main PLC connects to motor starters via distributed IO on DeviceNet. Final method to be determined during detailed design.
- The main PLC connects to Variable Frequency Drives via DeviceNet.
- The printer is external to the main panel and connects via Ethernet to the process computer.

**4.2.4**   Utility Specifications

a.   <u>Motor Control Center</u>



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 21 of 63**

- 480 VAC , 3ph, 60hz., 800 amp bus and main breaker

b. <u>Main Panel Voltage Requirements (via MCC)</u>
- Required voltage is 120VAC, 1 Phase, 60 Hz, 30 amps.

c. <u>Distributed Panels Voltage Requirements (via MCC)</u>
- Required voltage is 120VAC, 1 Phase, 60 Hz, 40 amps and less.

d. <u>Pneumatic Requirements</u>
- 6 bar filtered air at the point of use

e. <u>Grounding Requirements</u>
- Customer is responsible for providing a reliable grounding system.
- Grounding shall be through a separate system that conforms to NEC code (revision in affect at the time of installation).



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 22 of 63**

**4.2.5** Instruments Supplied

| Item | Instrument | Manufacturer | Quantity |
|---|---|---|---|
| Temp | RTDs including head transmitter, thermo well | Weed | 7 |
| Temp | PT 100 including head transmitter, thermo well | Rosemount | 7 |
| Flow rate for inlet air | dp-probe, valve-block and dp-transmitter (compact flange connection) | Rosemont | 8 |
| Spray Rate | Magnetic Flow Meter (Compact) -display | Endress + Hauser | 6 |
| Dust Concentration Exhaust Air | TriboACE - probe | Triboflow | 1 |
| Air Flow rate | Calorimetric or Rotameter | KROHNE | 3 |
| Static Pressure | Transmitter (ceramic cell), direct, display, tri-clamp 1" | VEGA | 4 |
| Pressure atomization air | Transducer, front-flushed, direct | FAIRCHILD | 2 |
| Pressure Max.leve receiver start-mat. | manom + prox switch ( inner/pipe pressure avg.), Sanitary Pressure Gauges | Manotherm | 20 |
| | Vibration fork | Endress + Hauser | 8 |
| Level liquid - tank | led micro-wave / radar | Endress + Hauser | 3 |

Note:

- Instrument types and quantities may change during the detailed design phase of the project upon receipt of T&L's preferred vendors GAT will confirm the technical details, cost and the schedule impact.



**4.2.6**   Control System Documentation

| | Item | Description | Submitted to Customer for: | Typical Size |
|---|---|---|---|---|
| a. | P&ID (Process and Instrumentation Diagram) | A graphic representation of the processing system with all the field devices identified by tag number. | Comment and Approval | Three D size drawings |
| b. | Panel Layout Drawing | Dimensions of the P/E and HMI panels along with location of all components. | Review/Approval | Five D size drawings. |
| c. | Interconnection Diagram | Shows all field connection points with terminal block numbers. | Review/Approval (With Samples) | Two B size drawings. |
| d. | Control System Schematics | Diagrams of the P/E panel and HMI | Review/Approval | Set of A size drawings. |
| e. | Annotated Source Code | Ladder Logic with rung comments where appropriate. | Information | 350 pages |
| f. | Functional Specification | Describes how the software operates the systems. (Sequence of Operations) | Comment and Approval | 55 pages |
| g. | User's Manual | Describes the functions and purpose of the HMI screens and commands for the operator. | Comment and Approval | 55 pages |
| h. | Maintenance Manual/ Parts List | Third party Catalogs, cut sheets and factory calibration certificates. | Information | One Binder. |

- Drawings are created using AutoCAD software
- Text documents are created using Microsoft Word.
- Drawings will be delivered in AutoCAD format and documents will be supplied as document files.

**4.2.7**   Glatt Internal Quality Testing

Glatt Air Techniques performs internal System Testing (ST) and verification of the controls hardware and software prior to shipment as part of our standard quality control program.  Customers are welcome to view all or part of the ST.  Additional set up requirements, testing, procedures, documentation, support or activities beyond Glatt's standard can be quoted upon request. Please consult Glatt for further information and/or costs.



**4.2.8**   Notes/Comments on the Control System

a.   During the course of the project, Glatt will issue documentation for customer approval.   After customer approval of the Functional Specification and P&ID drawing, detailed design will begin followed by system programming.   Additions or revisions to the aforementioned documents may affect price and necessitate an extended delivery.

b.   Glatt Air Techniques, Inc. shall present control screens to the customer for one round of comments during the design phase prior to finalizing the HMI design. This includes a sample of each type of screen.   Since this is an interim review, it is focused on the appearance of the displays.   Additional rounds of comments may be subject to additional costs and schedule impact.

c.   The software supplied as part of this project is provided under royalty-free license solely for use with the equipment or system purchased, under the referenced purchase order.   The customer shall not use, reproduce or copy it for use on any other equipment or provide access to it by any third parties without the express written permission of Glatt Air Techniques, Inc.   Glatt software contains certain software modules and applications designed solely and specifically for use with Glatt process and support equipment.

d.   Glatt Air Techniques will supply the control panels pre-wired and functionally tested.

e.   Glatt Air Techniques will install the software on site as part of the start-up.

f.   All field wiring, conduit, and tubing is to be supplied and installed by the customer or Ramsey Design Group.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 25 of 63**

### 4.3     Product Charging System (HAF)

**4.3.1**  Bulk bag Unloader:

- Model BBU4000FG food grade industrial heavy duty
- Nominal capacity of 3,000 pounds.
- Frame constructed of (4" x ¼") thick wall carbon steel square tube with all joints to be continuously welded and free of spatter.
- Cross bars consisting of square tube steel.
- Upper frame bolts to lower frame weldment.
- Flanges to be laser cut 3/8" thick plate joined together with A36 structural fasteners.
- Bolt on 10" I-Beam for trolley-hoist and to include travel stops and festooning brackets.
- Beam safety labeled with 3000 pound capacity.
- Upper frame cross bracing at 3 panels with one panel open for bag travel.
- Harrington 2 ton electric hoist-trolley with hanging 4 button pendant and chain bag 230/460/3/60 electrics.
- Bag lift adapter of carbon steel construction with safety clips for bag loops.
- Lower frame weldment designed to support live bag pan.
- Frame has relief areas for operator clearance.
- Live bag pan sub frame constructed of 4" carbon steel square tube.
- 1 HP electro-mechanical vibrator motor with adjustable counterweights, 230/460/3/60 TEFC XP rated.
- Set of tandem vibration isolators.
- Stainless steel bag pan with flanged discharge.
- 18" diameter outlet-spout with quick access spout door.
- All carbon steel surfaces painted steel it enamel finish.

**4.3.2**  Bag-break station:

- Model BB4040SFG
- Built to food grade standards.
- Self contained with continuous clean filter.
- Nominal dump in area of 40" wide x 20" deep.
- 304 stainless steel construction.
- 1" radiused corners.
- Easily removed or slid bag grate with perimeter frame and 1" bars of 4" centers.
- Quick tool free remove rear plenum cover.
- Oversized rear dust plenum.
- Integrated bag shelf 6" deep.
- Four tube style support legs.
- Truncated discharge hopper to mate to customer supplied Kason scalper.
- Hinged and gas strut assisted cover with handle.



- 5 HP 230/460/3/60 TEFC-XP rated cast aluminum exhaust fan with mounting hardware.
- (8) Tool free horizontally loaded filter elements with 16 ounce polyester filter.
- Weld in tube sheet.
- Standard bar grate nominal 20" x 40" with 1" parallel bars on 3" centers.
- Two quick remove blow tubes.
- Single 4" compressed air manifold with two diaphragm valves.
- Self contained sequential timer.
- Safety proximity switch located under bag shelf for sensing of bag grate presence safety device that should be wired to prevent rotating equipment beneath grate from running when grate is displaced.
- Four formed stainless steel support legs.
- Hinged and gas strut assisted cover.

**4.3.3** Bin shaker for each station:

- Two bin shakers
- Model TS4040UD
- Designed to unload metal bins or totes with a 12" diameter valve discharge.
- Food grade construction.
- All 304 stainless steel product contact surfaces.
- Sub frame mounted on tandem vibration isolators with 1 HP electro-mechanical vibrator motor XP rated with adjustable counter-weights.
- Frame to be constructed of 4" square tubes all continuously welded.
- Four quick release clamps for securing bin to shaker.

**4.3.4** Bin shaker scale kit for each station:

- Two Bin shaker scale kit
- 304 stainless steel construction.
- Includes floor base plate mounts.
- Stainless steel load cells with summing box.
- 50 ft. of cable.
- Includes scale modules that will be located in PLC.

**4.3.5** Transporter Solids Vacuum Charger as follows:

- Nominal 6" diameter inlet.
- Automatic butterfly valve with cast iron 2-piece housing, white buna liner, pneumatic actuator with dual coil solenoid valve and two proof of position switches.
- Short sweep sanitary elbow of 304 stainless steel with outlet transition to 3" ferrule.
- Rear ambient air bleed assembly to include a HEPA filter intake, automatic butterfly valve with cast iron 2-piece housing, white buna liner, and pneumatic actuator with dual coil solenoid valve.



**4.3.6** Filter receiver

- Model 3200HLFG Configuration C3 built to food grade standards.
- Tool Free Take Apart construction.
- Moovinator module combines filter receiver with surge and live bin discharger.
- 18 cubic ft capacity.
- 304 stainless steel construction with 2B finish on inside and outside.
- All welds are to be continuous on inside and outside.
- Horizontally loaded filter media.
- Unique side loading housing with tube sheet and clean air plenum mounted on a linear sliding mechanism.
- Single compressed air manifold for reverse pulse jet clean.
- Eleven side load tool free filter PTFE elements.
- Flanged bottom on dusty air plenum.
- One high level indicator 120-1-60.
- Four mounting lugs.
- Flanged 18 cubic ft. hopper with live discharger.
- Live discharger to contain internal baffle.
- Set of vibration isolators.
- Flexible main sleeve with band clamps.
- ½ HP electro-mechanical vibrator motor XP rated with adjustable counter weights.
- 10" diameter butterfly valve discharge with pneumatic actuator, dual coil solenoid and proof switches.

**4.3.7** Busch mink claw pump:

- Model MM1502BV with 15 HP motor direct driven dry claw pump.
- Motor to be TEFC 230/460/3/60.
- Intake air filter.
- Intake air check valve.
- Vacuum relief valve.
- Exhaust silencer.
- Four adjustable ft. mounts.
- Automatic air-bleed system to include intake air filter, automatic butterfly valve with single coil solenoid valve and piping.

**4.3.8** Gravimetric feeder:

- Model VF600FG food grade
- Built to food grade standards.
- All 304 stainless steel construction.
- All tool free quick take-apart design.
- 4" full pitch auger with hard chromed seal journal.
- Air purge seal set.
- Removable discharge tube.



- Fixed heavy duty modular boot section.
- Eurodrive parallel shaft gear reducer with C-face 3 HP motor 230/460/3/60 TEFC.
- Two safety proximity switches 120/1/60 electrics.
- Continuous LOSS-IN-WEIGHT control enclosure assembly with the following:
    - Hardy Continuous LOSS IN WEIGHT controller ( 2160-RC ) in a NEMA 4 Hoffman enclosure.
    - All pre wired to a common terminal strip for ease of field installation.
    - Panel Power on switch, illuminated Six-digit display, 1:985,000 display resolution
    - Display type: 0.6" seven segment red LED Secure Memory Module (SMM) Software and hardware calibration
    - Update rate: 20 readings per second Gross or net modes of operation.
    - Menu driven digital calibration.
    - Front panel diagnostics.
    - Average of up to 200 readings in 1-unit increments.
    - Auto zero tracking.
    - Motion detection.
    - Waterproof keyboard and weight display (NEMA 4) Bi-directional RS-232C port.
    - Two relay contact set point (SPDT, 4A, 115VAC) Remote functions connector.
    - Tactile keypad4 to 20 Ma. Output, for control of the Loss In Weight feeder.
    - Communications card.
    - Automatic Sequencing Comprehensive Self Diagnostics auto tuning.
    - Stainless steel platform scale with sealed load cell.

**4.3.9**   Drop through rotary airlock

- Model DT800 8" diameter
- Cast 304 stainless steel housing and end caps.
- Contact throat area to be as cast.
- Exterior of housing to be as cast.
- Outboard mounted bearings.
- Air purge seal set with hard chromed seal journals.
- 8-blade fixed bevel tip high seal rotor.
- Chain-drive guard front and back.
- Eurodrive parallel shaft gear reducer with C-face motor mount.
- 3/4 HP Eurodrive electric integrated motor 230/460/3/60 TEFC XP rated.
- Constant speed #50 single strand drive chain.
- Set of die cut flange gaskets.

**4.3.10**  Discharge spool adapter:

- Designed to bolt on to discharge of airlock and stub to drier inlet.
- 304 stainless steel construction.



- Outlet to include white nitrile flex boot with clamps

**4.3.11** Process Controls

- Designed to control all three transport systems.
- UL listed panel.
- Allen Bradley PLC.
- Allen Bradley panelView Plus HMI with ethernet.
- Hardy gravimetric controller mounted on door of enclosure.
- Allen Bradley PowerFlex VFD for Intake blower.
- Allen Bradley PowerFlex VFD for Agglomerate blower.
- IEC starter Recycle blower.
- IEC starters for vibrator motors.
- IEC starters for airlocks.
- IO for control.
- 120 volt transformer.
- Safety disconnect.
- Safety E-stop.
- NEMA 4X stainless steel enclosure.
- Note-local motor disconnects are not included.

<u>Design Notes</u>:

I.   Section 4.3 does not include any connection piping. Please refer to the Ramsey Design Group proposal for the piping details and cost.

II.  All the product contacting surfaces quoted have food grade standard finish provided by HAF. Glatt will confirm the specific finish type with HAF.

III. All equipment described in this section that is within the hazardous location is specified according to American Standard NEC 500; Class II, Div. 2, motors TEFC.

**4.4**   <u>**Product Discharge from the Granulator**</u>

The Product Discharge system is designed to screen the particle sizes of the product being discharged from the Glatt type GFG Granulator and conveys the product according to the size of the particles. The good particle sizes will be conveyed via dense phase pneumatic transport system to a final product hopper and the fine particles will return to the granulator via a dilute phase conveying system. All the oversized particles will be dumped into a customer supplied bin.

This System consists of following:

- Screening the discharged product



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 30 of 63**

- Conveying the final product
- Conveying the fine/over sized product



This section includes a rotary valve to control the product being discharged from the Granulator and a diverter valve in order to discharge the material from the granulator directly into the customer supplied bins in case of shut down of the granulator. A Tumbling screening machine will screen the product through 3 screen decks in four fractions.

**4.4.1** Tumbling Screen

Basic Assembly**:**

- Standard base, heavy duty universal lower table, painted mild steel with twelve (12) spring assemblies and a 2.5 horsepower, 460 volt, 60 cycle, 3 phase, 1200 RPM, TEEP motion generator

Component Parts**:**

- One (1) 8" heavy duty table frame with welded spun table dome of 316L stainless steel construction, including one (1) 4" x 8" discharge spout and one (1) quick-release clamp ring, interior polished to #4 finish with welds continuous and ground smooth, pickled and passivated

- One (1) 8" Distributing frame of stainless steel construction including one (1) 4" x 8" discharge spout, and one (1) quick-release clamp ring, interior polished to #4 finish with welds continuous and ground smooth, pickled and passivated



- One (1) 8" spacing frame of stainless steel construction, including one (1) 4" x 8" discharge spout and one each quick-release clamp ring, interior polished to #4 finish with welds continuous and ground smooth, pickled and passivated

Screen Assemblies**:**

- One (1) 12 mesh market grade 316L stainless steel wire cloth, with opening size of 1532 microns and a wire diameter of 0.023" with 51.8% open area, mounted on a 60" diameter stainless steel tension ring.

- One (1) 88 mesh tensil bolting cloth 316L stainless steel wire cloth, with opening size of 200 microns and a wire diameter of 0.0035" with 47.9% open area, mounted on a 60" diameter stainless steel tension ring.

- Two (2) 60" Self-Cleaning Kit Assemblies each consisting of a 60" diameter 316L stainless steel perforated plate with 320 food grade white nylon sliders

Quick Change Assembly**:**

- One (1) Exclusive Non-Vibrating Quick-change assembly to allow for easy access to screen for removal/cleaning.

COVER**:**

- One (1) 60" diameter metal cover assembly constructed of stainless steel, with one (1) 8" diameter feed inlet, one (1) inspection opening with cover, and one (1) clamp ring.

**4.4.2  Rotary Valve**

- Model AL-175 DMZ
- 304 stainless steel body and end covers
- 304 stainless steel, sanitary, 8-blade rotor
- Heavy-duty, outboard bearings
- Air purged seals
- 1/2 HP, direct gear motor
- Direct drive arrangement
- 7"Ø inlet and outlet
- Kwik-Pull rotor design for fast disassembly without tools with extraction rails

**4.4.3  Final Product Hopper**

- 250 ft$^3$ (7.1cubic meter) in size
- Material: SA240-304 with 2B mill finish



- The interior seams are grinded flat and smooth
- All fillet welds will have radius.

## 4.5    Material Handling from the Screener Discharge (HAF)

**4.5.1**  Conveying the Final Product to the Final Product Hopper

4.5.1.1   18" diameter cone pick up:

- Stand up stub to mate to discharge of scalper.
- Quick removed cover.
- Transition cone to transporter flange.
- High level indicator.
- Three support legs.

4.5.1.2   Transporter Solids Vacuum Charger:

- Nominal 6" diameter inlet.
- Automatic butterfly valve with cast iron 2-piece housing, white buna liner, pneumatic actuator with dual coil solenoid valve and two proof of position switches.
- Short sweep sanitary elbow of 304 stainless steel with outlet transition to 3" ferrule.
- Rear ambient air bleed assembly to include a HEPA filter intake, automatic butterfly valve with cast iron 2-piece housing, white buna liner, and pneumatic actuator with dual coil solenoid valve.

4.5.1.3   Filter receiver:

- Model 2400HLUD Configuration C1 built to USDA Dairy-3A standards.
- Tool Free Take Apart construction.
- Moovinator module combines filter receiver with surge and live bin discharger.
- 304 stainless steel construction with 2B finish on inside and outside.
- All welds are to be continuous on inside and outside.
- Horizontally loaded filter media.
- Unique side loading housing with tube sheet and clean air plenum mounted on a linear sliding mechanism.
- Single compressed air manifold for reverse pulse jet clean.
- Seven side load tool free filter PTFE elements.
- Flanged bottom on dusty air plenum.
- One high level indicator 120-1-60.
- Four mounting lugs.
- 10" diameter butterfly valve discharge with pneumatic actuator, dual coil solenoid and proof switches.



4.5.1.4   Busch mink claw pump:

- Model MM1142BV with 7.5 HP motor
- Direct driven dry claw pump.
- Motor to be TEFC 230/460/3/60.
- Intake air filter.
- Intake air check valve.
- Vacuum relief valve.
- Exhaust silencer
- Four adjustable ft mounts.
- Automatic air-bleed system to include intake air filter, automatic butterfly valve
- with single coil solenoid valve and piping

**4.5.2**   Conveying the Fine Products

4.5.2.1   Automatic air meter:

- Model AA300UD
- Nominal 6" diameter inlet.
- Short sweep sanitary elbow of 304 stainless steel with outlet transition to 3" ferrule.
- Top ambient air bleed assembly to include a HEPA filter intake, automatic butterfly valve with cast iron 2-piece housing, white buna liner, pneumatic actuator with dual coil solenoid valve.

4.5.2.2   Drop through rotary airlock:

- Model DT600 6" diameter
- Cast 304 stainless steel housing and end caps.
- Contact throat area to be as cast.
- Exterior of housing to be as cast.
- Outboard mounted bearings.
- Air purge seal set with hard chromed seal journals.
- 8-blade fixed bevel tip high seal rotor.
- Chain-drive guard front and back.
- Eurodrive parallel shaft gear reducer with C-face motor mount.
- 1/2 HP Eurodrive electric integrated motor 230/460/3/60 TEFC XP rated.
- Constant speed #50 single strand drive chain.
- Set of die cut flange gaskets.

4.5.2.3   Pressure blower package:

- Model 4M7.5P
- Motor to be TEFC 230/460/3/60.
- Intake air filter.



- Intake air check valve.
- Pressure relief valve.
- Exhaust silencer.
- Four adjustable ft mounts.
- Intake air silencer with intake filter.
- Chambered discharge air silencer.

**4.5.3** Process Controls

- Process controls for section 4.5 (HAF) as described are included in the functionality of the system described in section 4.3.11 (HAF)

<u>Note</u>: The total cost for the material handling process controls (for HAF) as described in Section 4.3.5 is distributed between section 4.3 & section 4.5.


<u>Design Notes</u>:

I. Section 4.5 does not include any connection piping. Please refer to the Ramsey Design Group proposal for the piping details and cost.

II. All the product contacting surfaces quoted have food grade standard finish provided by HAF. Please refer to section 7.0 for the option on the 3A finish on the product contacting surfaces.

III. <u>Dense Phase Conveying System Performance Basis</u>

- When conveying the final product from the Agglomerator to the Product Hopper, the system supplier (HAF Equipment, Inc.) will guarantee that the conveying rates and the particle size results that were obtained during lab trials at HAF Equipment on January 8, 2008 and as reported by Tate & Lyle on January 29, 2008 will be met.

- Tate & Lyle will supply the documentation confirming the trial results at HAF meets the performance requirements and Tate & Lyle will ship samples to Glatt Air Techniques before April 9 in order to validate this guarantee.

- This guarantee applies to the two products which were tested at HAF Equipment -- Maltodextrin and Corn Syrup Solids and assumes the samples tested are representative of the actual final products. If there are other products to be handled in this system, it is likely that similar results would be achieved, but that must be verified through testing.

- This guarantee is based in the conveying distance and number of elbows being essentially the same as was tested. The relative lengths of horizontal vs. vertical distances will not matter, but the overall length and



numbers of elbows are critical.  This guarantee must be reconfirmed after the final layout is complete and compared to the test configuration; significant differences may result in further testing which could lead to design changes/cost impact.

- This guarantee is based on the system being installed and operated per specifications.  Also the performance test shall be run under the supplier's supervision.

IV. All equipment described in this section that is within the hazardous location is specified according to American Standard NEC 500; Class II, Div. 2, motors TEFC.

V. Glatt has not received any performance guarantee for transporting the final product from agglomerator to the final product hopper from HAF. The process guarantee still needs to be discussed and confirmed.

VI. It has been assumed that during the detail design phase, Dry/conditioned air can be supplied from the packaging area to the PD Blower and if that is the case, there will be only an elevation in the product temperature due to the PD Blower. If this does not work out, the PD Blower can be replaced by compressed air utility supplied by T&L.

## 4.6    Liquid Spray System

2 pump skids each equipped with:
- 3 pumps with 3 heads each
- 1 Hand valve in front of each pump
- Manifold  for distribution of the liquid to the three pump heads
- Hose for the pump
- Conduit for the cables to run to the pumps
- The pumps with the manifold and hand valves are mounted into a collection trough with one discharge connection, to collect any spillage

The Binder Hold Tanks System will be a two-tank configuration, designed to store binder solution. The system will consist of the following major equipment:

- (2) 660 gallon Binder Hold Tanks
- (2) Tank mounted agitators
- Control Valves
- German supplied Waston-Marlow Dosing Pump system



**4.6.1** Binder Hold Tank System

<u>Qty (2) Binder Hold Tanks with the following specifications:</u>

- Total Capacity: Approximately 700 gallon
- Working Capacity: Approximately 650 gallon
- Approximate Dimensions: 58" ID x 58" side sheet
- Materials of Construction: 316L Stainless steel on wetted and 304 stainless steel on non-wetted surfaces
- Top Head: 12 Gauge dished
- Sidewall: 12 Gauge sheet
- Bottom Head: 12 Gauge dished
- Insulation: 2" Insulation on tank sidewall and bottom only
- Outer Wrap: 12 Gauge 304 stainless steel over insulation only
- Supports: Four (4) pipe legs with raw ends for skid mounting
- Finish, inside: #4 Sanitary Finish (180 Grit) with welds polished
- Finish, outside: #4 Commercial Finish (100-120 Grit) with brushed welds and passivated exterior.
- Surface Area: Jacketed with Inlet and outlet connections for Hot water.
- Ports:
  <u>Top Head</u>:
  - 1 – 18" Hinged and gasketed manway
  - 1 – 3" Sanitary tri-clamp ferrule for product supply
  - 1 – 2" Sanitary tri-clamp ferrule for tank vent
  - 1 – 3" Sanitary tri-clamp ferrule for spray ball assembly mounting
  - 1 – 2" Sanitary tri-clamp ferrule for level switch mounting
  - 1 – 2" Sanitary tri-clamp ferrule for spare port.
  - 1 – 6" 150# flange connection for agitator mounting
  <u>Bottom</u>:
  - 1 – 2" Sanitary tri-clamp ferrule for tank outlet
  - 1 – Flush mount level transmitter well

- 1 – Tank top mount agitator, off-center mounting, 316L stainless steel wetted parts, 30 Ra finish with a 1.5 H.P., TEFC motor, VFD ready, 1.15SF, 3/60/480VAC
- 1 – 2" Tank Bottom outlet diaphragm valve, 316L stainless steel body, 30 Ra ID finish and sanitary clamp connections, coupled to a pneumatic air to open/spring to close actuator with EPDM diaphragm and integral open position indication switch
- All necessary Valves will be included

<u>Note</u>:

  I. Nozzle Schedule may change during the Engineering Phase.
  II. All pumps and tanks with the agitator will be located in the mechanical space as per the current layout.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 37 of 63**

## 4.7   WIP Cleaning System

The WIP system will be a 1-tank configuration, designed to provide cleaning solutions to the equipment being serviced. The system will consist of the following major equipment:

- 1,200 gallon Wash/Rinse Tank with agitator
- Sanitary centrifugal supply pump system
- Two WIP Valve Manifolds with Zone supple Isolation valves

Design Notes:

I.   As per Tate & Lyle's instructions, we are using direct steam injection to heat the WIP water.   According to Tate & Lyle, this is plant steam but the entire system will be cleaned with a cold water rinse after the WIP cycle such that Tate & Lyle is convinced that there will be no problem with the use of plant steam and or residuals.

### 4.7.1   WIP Tanks

Qty (1) Rinse/Wash Tank with following specifications:

- Total Capacity: Approximately 1,200 gallons
- Working Capacity: Approximately 1,150 gallons
- Approximate Dimensions: 60" ID x 96" side sheet
- Materials of Construction: 316L Stainless steel on wetted and 304 stainless steel on non-wetted surfaces
- Top Head: 10 Gauge flanged and dished
- Sidewall: 10 Gauge sheet
- Bottom Head: 10 Gauge flanged and dished
- Insulation: 2" Insulation on tank sidewall and bottom head only
- Outer Wrap: 14 Gauge - 304 stainless steel over insulation only
- Supports: Four (4) pipe legs with raw ends for skid mounting
- Finish, Inside: #4 Sanitary finish (180 Grits) with welds polished
- Finish, Outside: #4 Commercial Finish (100-120 Grit) with brushed welds and passivated exterior
- Design: Atmospheric non-ASME coded
- Ports:

  Top Head:
  -   1 – 18" Hinged and gasketed manway
  -   1 – 3" Sanitary tri-clamp ferrule for water inlet
  -   1 – 4" Sanitary tri-clamp ferrule for water inlet
  -   2 – 4" Sanitary tri-clamp ferrules for recirculation
  -   1 – 4" Sanitary tri-clamp ferrule for overflow



- 1 – 3" Sanitary tri-clamp ferrule for vent

<u>Bottom</u>:
- 1 – 4" Sanitary tri-clamp ferrule for tank outlet
- 1 – Flush mount well for level transmitter

- 1 – 316L stainless steel t-ball spray assembly with 2½" diameter sprayballs, each with 360° x 75/25 spray pattern, 1½" slip fit connections and stainless steel mounting pins coupled to a 1½" downtube with tri-clamp inlet and 3" tri-clamp tank connections
- All necessary valves will be included

### 4.7.2 WIP Pump system

- Sanitary centrifugal style WIP supply pump. The pump includes 316L stainless steel construction, silicone carbide vs. carbon single internal mechanical seal, ¾" case drain, and tri-clamp connections, close coupled to a 20 HP, 3600 RPM, 3 phase, 60 hertz, 460 VAC wash down inverter duty motor. The pump and motor are sized to deliver 250 GPM at 60 psig
- 3" Duplex strainer with 316 stainless construction, over screen, tri-clamp connections
- The system will have following connections:
    1. Inlet connection for DI Water/valve
    2. Inlet connection for Hot Water/valve
    3. Inlet connection for compressed air/valve
    4. Outlet connection to WIP Valve Manifolds
- All necessary valves will be included in this system

<u>Note</u>:

1. Glatt will provide a connection for a T & L supplied/designed direct steam injection system to heat WIP water.
2. The internal filters cannot be cleaned inside the granulator and must be removed prior to application of WIP.

### 4.7.3 WIP Valve Manifolds

Two WIP Valve Manifolds will be required for this System. Each Manifold will include:

- 10 - 1½" WIP zone diaphragm valves
- 1 - Inlet Valve
- 1 - Drain Valve



Note:

    I.   All pumps and tanks with the agitator will be located in the mechanical space as per the current layout.

## 4.8    Inlet & Exhaust Air System

Design Note:

    I.   All equipment has been design for a noise value of max 85 dB (A) in 1 meter distance of the equipment inside the building.

### 4.8.1   Inlet air handling for agglomeration zone

#### 4.8.1.1  Inlet air filter section
- Filter class G4 according to DIN/EN 779
- Filter class F7 according to DIN/EN 779 (80 to 90% efficiency)

*(Based upon available information, the current filter selection may change to comply with the T&L plan requirements)*

#### 4.8.1.2  Directly fired natural gas burner

- Material of construction: Frame and housing: carbon steel
  Exposed surfaces (interior and exterior): 304 stainless steel
- Local control cabinet
- Gas manifold including safety shut off valve and fuel strainer

Note:

    I.   The gas burner will have a local Honeywell Temperature controller.

#### 4.8.1.3  Inlet air fan

- Steel base with spring isolators
- Type 304 stainless steel wheel and housing
- Type 304 stainless steel shaft
- Cooling wheel
- Standard ceramic felt, polyurethane or foam rubber shaft seal
- Falk coupling
- Grease lubricated bearings
- Circular, inlet flange
- Rectangular, outlet flange
- Housing drain with plug
- Housing access door with handle



- Fan construction rated to 392° F (200° C)
- Carbon steel surfaces painted with three coats of epoxy enamel
- 3,600 RPM, 3/60/230-460 volt, induction motor suitable for use with a Variable frequency drive and including thermostats (1 per winding)

4.8.1.4   Qty - (7) Inlet air valves

- For even distribution of the process air to the separate inlet air chambers

4.8.1.5   Qty - (2) Open/close valves in front of last inlet air chamber

- To be used in order to supply warm inlet air to the last chamber for possible drying procedures and for drying of the GFG after wet cleaning
- In case of shut down of the granulator the valve downstream of the inlet air cooler and dehumidifier will be close in order to prevent cold air from entering the unit.

4.8.1.6   Qty - (1) Control valve for discharge air supply

- For supply of cool and dry air to discharge chute in order to prevent clogging of material in the discharge chute upstream of the twin valve (see below)

**4.8.2**   Inlet air handling for cooling zone

- ICA Double wall air handler, Plenum, 2.5 inch wall, Stainless Steel interior, Galv-aluminum exterior
- Pre- Filter Installation, 30% plus 65% filters with Photohelic gauge
- Freeze Protection coil section, heating from -2 F to +50 F, 1 row, 6 FPI steam coil, and using 20 psig steam. Includes (1) Samson pneumatic valve, flanges, and a strainer
- Pre- Cooling coil section, 94°F/135 gr/lb, cooled to 50°F, 53 gr/lb with chilled water at 45°F EWT, 10 Rows, 9 FPI, 304 SS coil casings, .035" copper tubes with aluminum fins. One (1) three way Gemu pneumatic valve is provided
- Access section for sensors and service
- Desiccant Dehumidifier, steam reactivation at 20 psig, face and by-pass, supplying air 3,210 CFM at 98°F, 5.0 gr/lb with face and bypass to control to 14 gr/lb (-7 C DP)
- Post-cooling coil section, cooling from 103°F to 74°F, 4.5 gr/lb with chilled water at 45°F EWT, 2 Rows, 10 FPI, 304 SS coil casings, .035" copper tubes with aluminum fins . One (1) three way Gemu pneumatic valve is provided
- Supply air fan consisting of a Pressure Blower will have a 15 HP TEFC direct drive motor to be controlled by a VFD.
- All required valves, sensors and transmitters are included.



**4.8.3**  Exhaust Air Stream

**4.8.3.1**  Exhaust Air Fan

- Carbon steel housing and base with rubber-in-shear isolators
- Standard ceramic felt, polyurethane or foam rubber shaft seal
- Circular, inlet flange with flexible connector and companion flange
- Rectangular, outlet flange with flexible connector and companion flange
- Housing drain with plug
- Housing access door with handle
- Fan construction rated to 212° F
- Ferrous air-stream surfaces painted with three coats of epoxy enamel
- 3,600 RPM, 3/60/230-460 volt, induction motor suitable for use with a variable frequency drive and including thermostats (1 per winding)

   Housing and base frame painted

**4.8.3.2**  Silencer

- Attenuates the exhaust noise to 85 dB (A)
  (1 m distance from the outlet pipe opening; free field conditions)

**4.8.4**  Central Dedusting System

Torit Model DFO delivering approximately 2,000 CFM dust collection for dry Food/starch type dust, for indoor installation, with a side mounted explosion vent.

Following major components are included in this system:

- Base unit DFO with inlet transition
- NEMA 7 solenoid enclosure
- 24" x 34" Side mounted explosion vent with weather cover (accommodates 415 KST without duct chase).
- Slide gate and 55 gallon drum cover with latches
- Ground Test Documents
- 10" dia. flanged inlet
- 12" dia. flanged outlet
- Inlet & outlet mating flanges (10" & 12" dia.)
- HDBI-15 fan, 7-1/2 hp, 460/60/3, premium efficiency motor with thermostats, arrangement 4, to deliver 2,000 CFM @ 14" w.g. total static pressure, 70 dB(a) silencer, inlet flex connector, & inlet box
- 1x1 HEPA UltraLok housing with HEPA and Pre-filter, to accommodate 2,000 CFM, & Magnehelic gage for control panel



Note:

I. All air handling equipment with the exception of the Dust Collector are designed for a non hazardous rated environment.

## 4.9   Explosion Protection System for GFG 850

- One Multi Zone Control Unit, KIDDE-DEUGRA System EX 5000
  Consisting of:
  1. 1 standard floor or wall cabinet IP 54, incl.
     - Power supply and emergency battery
     - Net filter card -power supply monitoring card
     - Fault and evaluation card
     - Relay control card
  2. 2 detector card
  3. 2 suppressor card
  4. 1 key switch card
  5. 2 trans/relay card

- One Explosion Multi-sensor MEX-3.2 (pressure) with two dynamic ceramic measuring cells

- Infrared Detector IR 13 complete with welding flange in stainless steel mounting flange and air shield, Qty (4)

- HRD-Suppressor 3", 5 liter, type Piston Fire complete with horizontal mounting material hygienic system for suppression of jet inlet chambers, Qty (7)

- HRD-Suppressor 3", 5 liter, type Fenwal Piston Fire complete with horizontal mounting material hygienic system, for isolation of fine dust return duct, Qty (1)

- HRD-Suppressor 5", 30 liter, type Fenwal standard complete with horizontal mounting material hygienic system for suppression of drier, Qty (5)

- HRD-Suppressor 5", 30 liter, type Fenwal standard complete with horizontal mounting material hygienic system for suppression of cooler, Qty (1)

- One Explosion Barrier Valve type Ventex ESI-E/C/d/S1 DN 100 consisting of: all components made of stainless steel W 1.4301 seal made of EPDM FSA up to 120°C switch position „open/shut" type S1 Namur pressure resistance 10 bar connecting flange according to ANSI 150# one-way effect license ATEX certified max. Air flow velocity 20 m/s



Design Note:

I.   Glatt is awaiting confirmation from the Kidde for technical specification and pricing for a US supplied system.

II.  The explosion suppression system has been designed based on the following ex-data, agreed upon by T&L.

Explosion Properties for Maltodextrin:

- Explosion Pressure: 8 bar
- Dust Explosion Constant value: 130 bar*m/s
- Minimum Ignition Energy: 40-1000MJ
- Minimum Ignition Temperature: $380^0$C
- Explosion Class: ST1
- Minimum Layer Ignition Temperature: melts
- Others: High velocity of Dust particles can generate an electrical charge and initiate sparks

**4.10   Commissioning Services**

- To commission the mechanical equipments into service and to confirm process operations.
- Commissioning service including three (3) Glatt GIT Engineers/Technicians and one (1) Glatt Air techniques, Inc. Engineer/Technician for four (4) weeks based on 60 hours per week per man. Travel and living expenses billed as incurred.



## 5.0    THIS SECTION IS NO LONGER APPLICABLE

### ~~OPTIONAL BASIC ENGINEERING PACKAGE FOR CRITICAL EQUIPMENT~~

#### ~~5.1.1   Basic Engineering Documents~~

~~Process Design~~

- ~~Process flow diagram~~
- ~~Material flow specification~~
- ~~Equipment data sheet~~
- ~~Process description~~
- ~~Detailed process flow diagram showing basic requirements for control and visualization~~

~~Equipment Design~~

- ~~Main equipment list~~
- ~~Dimensional drawings for Glatt supplied equipment~~

~~Electrical Engineering and Instrumentation Design~~

- ~~List of main electrical consumers~~
- ~~List of measuring points~~
- ~~List of actuators~~

~~Design of Control System~~

- ~~Detailed process flow diagram showing basic requirements for control and visualization~~
- ~~Control philosophy~~
- ~~Basic requirements for control and visualization~~
- ~~Control loops description~~
- ~~List of start values~~
- ~~Interlocking diagram for process relevant interlocks~~
- ~~Group sequence diagram~~

#### ~~5.1.2   Stages of Activities~~
~~The scope of the basic engineering will be divided into the following two stages.~~

~~Stage # 1~~

~~**Actions of Glatt in stage # 1:**~~

- ~~Process flow diagram~~



- Process description
- Main equipment list

The handing over of the above described documents to Tate & Lyle will be approximately 2-3 weeks after firm order.

---

**Actions of Tate & Lyle in stage # 1:**

- Revision of process flow diagram showing all equipment numbers according to the desired numbering system
- User requirement specification for Glatt supplied equipment

The handing over of the above described documents to Glatt will be approximately 3-4 weeks after firm order.

After stage # 1, a first meeting will be held with Tate & Lyle in the U.S. in order to review stage # 1 and discuss the actions of stage # 2.

Stage # 2
**Actions of Glatt in stage # 2:**

- Material flow specification
- Equipment data sheet
- Detailed process flow diagram  showing basic requirements for control and visualization
- Dimensional drawings of Glatt supplied equipment
- List of main electrical consumers
- List of measuring points
- List of actuators
- List of control loops
- Control philosophy
- Basic requirements for control and visualization
- List of start values
- Interlocking diagram
- Group sequence diagram
-

The handing over of the above described documents to Glatt will be ca. 5-7 weeks after the meeting finalizing stage #1.

At the end of stage # 2 a second meeting will be held with Tate & Lyle in the U.S. with expert teams of both Tate & Lyle and Glatt. This is to obtain Tate & Lyle's approval on the results of stage # 2 and the basic engineering.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 46 of 63**

## 6.0    PRICING SUMMARY

| Section No | Item Description | Price for Each Section | Price for Equipment |
|---|---|---|---|
| 4.1 | **Continuous Glatt Fluid Bed Granulator, Type GFG 850** | | $1,221,443 |
| 4.2 | **Process Control System** | | $802,000 |
| 4.3 | **Product Charging System (HAF)** | | $399,660 |
| 4.4 | **Product Discharge from Granulator** | | $115,780 |
| 4.5 | **Product Handling from Screener Discharge (HAF)** | | $180,500 |
| 4.6 | **Liquid Spray System** | | $323,544 |
| 4.7 | **WIP System** | | $233,670 |
| 4.8 | **Inlet and Exhaust Air System** | | $577,222 |
| | Inlet Air Handling Agglomeration | | |
| 4.7.1 | Zone | $298,975.00 | |
| 4.7.2 | Inlet Air Handling Cooling Zone | $141,682.00 | |
| 4.7.3 | Exhaust Air Stream | $66,820.00 | |
| 4.7.4 | Central Dedusting System | $69,745.00 | |
| 4.9 | **Explosion Protection System for GFG** | | $213,170 |
| 4.10 | **Commissioning Services** | | $140,797 |
| | | Total Price of the System | $4,207,786 |

Note:

I.   All the T + E will be billed as incurred separately as per the Section 9.1.4

II.   Prices for Section 4.2 – 4.9 assume the purchase of the full scope.

III.   Prices are fixed based upon a purchase order received by April 2, 2008.



## 7.0    OPTIONS AND SPARE PARTS

### 7.1    Filter plates for GFG 850

7.1.1    Additional filter-plates for GFG 850 Granulator Filter Section.

Price for a set of 75 filter-plates if purchased with the GFG 850: $ 35,124.00
Valid for Order placed by 04/02/08

Price for a set of 75 filter-plates if purchase separately: $ 42,720.00
Valid through 12/31/08

Price for each filter plate: $ 920.00
Valid through 12/31/08

### 7.2    Credit for Control Options

7.2.1    The Control Room HMI & the Process Room HMI credit:

The Process area HMI & Control room HMI as described in section 4.2.1.2 have the capability to provide full access to run and monitor the process. The customer may decide to supply both of these HMI computer systems per Glatt can supply technical specifications to be provided at the time of the order.

Total Credit for HMI computers: $ 6,570.00

7.2.2    Other adjustments for Computer Hardware, Software, and Instrumentation to be as mutually agreed between Glatt and Customer during the Engineering Phase.

Note: Glatt will notify of potential increase/decrease in price & delivery for the items referred to in 7.2.2 prior to execution as per our 3/27/08 discussion.

### 7.3    Option for supplying material contact surface parts with 3A finish

7.3.1    Product charging system as supplied in section 4.3 provided with a 3A finish for product contact surfaces.

Price: $ 44,939.00

7.3.2    Product discharge system as supplied in section 4.5 provided with a 3A finish for product contact surfaces

Price: $ 19,356.00



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 48 of 63**

## 8.0   TECHNICAL DATA

- The technical data will be provided during the course of Engineering Phase.
- Glatt will supply available technical data by Friday April 4, 2008.



## 9.0  ADDENDUM I

### 9.1  <u>ADDITIONAL INFORMATION</u>

**9.1.1**  The following terms of payment will apply to this order:

- 20% Down Payment with P.O. against a LOC
- 20% upon submission of equipment layout/arrangement drawings
- 10% 5 months after PO date
- 40% upon equipment shipment of all major components
- 10% upon completion of Acceptance Test to be run within  6 months after GFG 850 delivery on site unless the Acceptance Test is delayed by Glatt, against a LOC.
- All payments due 30 days after invoice

Letter of Credit is based upon the following:
I.   The Down Payment LOC will terminate upon Equipment Shipment
II.  The Acceptance Test LOC will terminate 12 months after Acceptance Test completion
III. T&L will cover all costs associated with the LOC's which is expected to be approximately one half of one percent
IV.  The LOC's will be issued upon receipt of T&L payment.
V.   See section 25 of the Terms and Conditions as well as Addendum IV for LOC format.

**9.1.2**  Delivery Terms

All equipment quoted is ex-works factory (EXW Factory) with all crating, shipping and custom/duty costs to be billed additionally and separately as incurred. Glatt will advise cost to the customer at the time of the shipment. If desired Glatt can arrange the customs clearance and shipping. Glatt will require approval of all costs prior to clearance/shipment.

Estimated shipping as follows:
- Inland freight from factory to German Seaport: € 10,000
- Sea freight from German port to US port of entry: $ 35,000

**9.1.3**  SHIPMENT`

This section deleted, was mistakenly included in prior revisions.

**9.1.4**  START-UP ASSISTANCE

Glatt can provide on site engineering support to provide technical assistance during your installation of the system and to commission the installed equipment to verify its' proper



installation & operation.  Please reference section 4.9 for the commissioning service.  All travel & living expenses associated with the start-up will be billed at cost plus 10%.

Additional assistance is available at Glatt's standard technical service rates.

Installation engineering, construction management & equipment installation, customized formal training programs, calibration and validation services are also available from Glatt.  Please refer to our Ramsey Design Group Proposal.

**9.1.5**  FACTORY INSPECTIONS

The customer is always welcome to attend a final inspection of the equipment at our manufacturing site.  Glatt can arrange this visit. For overseas trips, our U.S. liaisons at the Glatt European manufacturing site will act as both host and technical lead during your visit.  Upon request, Glatt participation is available for this visit at the rates listed in the attached Technical Service Fee Schedule.

**9.1.6**  DELIVERY OF EQUIPMENT

Please refer to Section 10.0 for details on the delivery of the equipment.

**9.1.7**  CANCELLATION

Customer acknowledges that this order is for highly customized equipment and that cancellation of all or part of the order will result in unrecoverable expenses that are extremely difficult, if not impossible to determine.  Consequently, the following cancellation costs shall be applicable based upon the timing of cancellation.

| **Cancellation Timing** | **Cancellation Cost** |
| --- | --- |
| 0 to 4 weeks after receipt of order | 10% of total order value |
| 5 to 8 weeks after receipt of order | 20% of total order value |
| 9 to 12 weeks after receipt of order | 30% of total order value |
| 13 to 16 weeks after receipt of order | 50% of total order value |
| 17 to 20 weeks after receipt of order | 65% of total order value |
| 21 weeks until factory shipment | 80% of total order value |

**9.1.8**  ON SITE MEETINGS

If Section 4.2 – 4.8 is purchased, Glatt will conduct up to three project/design meetings in Sycamore, IL.

**9.1.9**  Agreements reached regarding Tate and Lyle polices received on May 24

- <u>Tate & Lyle Drug Free Workplace Policy – Contractors</u>



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 51 of 63**

Pre-employment screening shall be at Contractor's expense. Random testing and testing for suspicion shall be paid for by Tate and Lyle unless the tests are positive for substances present in which case contractor shall bear costs.

- <u>SAFETY AND SPECIAL CONDITIONS FOR CONTRACTORS WORKING IN TATE & LYLE  OPERATIONS</u>

  Contractor's will have access to Tate and Lyle toilet facilities and drinking water or alternate provisions will be provided for contractor.

- <u>TATE & LYLE TRAVEL AND ENTERTAINMENT POLICY</u>

  Contractor shall follow spending guidelines regarding hotels, airfare, meals, lodging and other related expenses but shall make its own reservations and related spending. The policy did not directly address car service to home airports from the office/home –these will be allowed for trips beyond several days.



## 10.0  ADDENDUM II

### 10.1  LIQUIDATED DAMAGES FOR DELAYED SHIPMENT TERMS

Liquidated Damages for Delayed Shipment of the GFG 850

In the event that Glatt is unable to adhere to the shipment guarantee below or is able to accelerate the shipment date, the following liquidated damages or additional incentives will apply:

| | |
|---|---|
| 1 week after guaranteed date | 2% of the delayed equipment order value |
| 2 weeks after guaranteed date | 3% of the delayed equipment order value |
| 3 weeks after guaranteed date | 5% of the delayed equipment order value |
| 4 weeks after guaranteed date | 7% of the delayed equipment order value |
| 5 weeks after guaranteed date | 9% of the delayed equipment order value |

The above amounts will be deducted from the total order value as the total liquidated damages for the delayed delivery. Total penalty not to exceed 9% of order value.

Bonus for Early Shipment

| | |
|---|---|
| 1 week before guaranteed date | 2% of the early equipment order value |
| 2 weeks before guaranteed date | 3% of the early equipment order value |
| 3 weeks before guaranteed date | 5% of the early equipment order value |
| 4 weeks before guaranteed date | 7% of the early equipment order value |
| 5 weeks before guaranteed date | 9% of the early equipment order value |

The above amounts will be added to the total order value as the bonus for early delivery. Total bonus not to exceed 9% of order value. Note: for bonus to apply customer must approve early delivery in writing.

Glatt EQUIPMENT DIVISION SHIIPMENT GUARANTEE

Shipment Guarantee: Glatt guarantees that the Fluid Bed Granulator Model GFG 850 will meet the following shipment schedule:

| EQUIPMENT | SHIPMENT DATE |
|---|---|
| GFG 850 | Factory Ship Date Nov 15, 2008 |

The above shipment guarantee is valid under the following conditions:

- Written purchase order is received by April 2, 20008.

- All GFG 850 specifications are finalized and confirmed by April 2, 2008



- All changes to the scope of supply or final specifications requested after April 2, 2008 must be reviewed by Glatt for possible changes to guaranteed shipment dates.  Glatt will provide and customer will agree upon any revises pricing and/or revised shipment dates for any requested changes in writing.  Confirmation of the changes will require a written change order by Tate and Lyle prior to implementation that acknowledges any pricing and/or agreed upon revisions to the guaranteed shipment date.

- During the course of the project, documents will be issued by Glatt that will require Tate and Lyle approval in order for Glatt to proceed with the project schedule.  All documents that require CUSTOMER approval must be returned to Glatt within the allocated time.  Unless otherwise noted, Glatt must receive approval documents within two (2) weeks of issue.  If documents requiring approval are returned after the required allocated time, a delay to the shipment guarantee may occur without penalty.

- The GFG 850 Drawing (Drawing # 4-000-30187-0A) is approved as noted as follows:

    1. The Powder inlet and Product Outlet Chutes will be shipped separately for being welded on side. (Welding is included in RDG Proposal)
    2. The Explosion suppression System design and layout will be updated and will not affect the layout of the drawing (Drawing # 4-000-30187-0A), provided it is supplied by Glatt.



## 11.0   ADDENDUM III

### 11.1   TYPICAL PERFORMANCE TEST

**In principle, Glatt will demonstrate that the performance demonstrated during lab trials at its Weimar facility in week of March 10th 2008 can be repeated on the system delivered to Tate and Lyle.**

At the end of commissioning GLATT will carry out the performance test with Soluble Corn Fiber (SCF) (Tate & Lyle Product). Tate&Lyle will supply the raw materials in the same quality as during the trials in week of March 10th 2008.

Tate & Lyle shall provide site personnel to supervise and oversee the test. T&L shall provide operating personnel and materials. The performance test will last 24 hours. The following parameters will be observed during the performance test:

Every 120 minutes one sample is taken at the discharge of the vibratory screen.

1.  Product discharge temperature: $\leq$ 30 C
    The product discharge temperature is measured manually at the discharge of the product from the vibratory screen.

2.  Product quality parameters (sampled at the product discharge of the screen)
    Product moisture:                        < 5%
    Maximum product particle size:        < 1.50 mm; max. 5%  > 1.50 mm
    Mean product particle size:            250 … 350 µm
    Product bulk density:                    575 … 625 g/l
    Determination off these parameters will be done under the same conditions as during lab test in Weimar in week of March 10th 2008.

3.  Capacity, when spraying maltodextrin solution with 35% solid concentration. The plant has been designed for a throughput of 3,300 lbs/hour product. During the 24h performance test at least 79,200 pounds shall be produced. The material balance will be calculated using the loss in weight feeder of the solid raw material charge, the flow meter of the liquid raw material charge as well as the balance of the product silo.

After finishing the performance test the results will be reported by GLATT. The test is successful if the guarantee parameters throughput and product quality is reached. Tate & Lyle confirms the successful performance test and the correct performance of the specified process functions within the specified design conditions and will sign together with Glatt the performance test protocol latest 3 days after the performance test. It is possible to repeat the performance test if it failed by reasons of Tate & Lyle or GLATT. It the capacity described in this chapter point 3 is not reached with the quality described in this Chapter point 1 and 2 caused by reasons within the responsibility of GLATT, GLATT will be granted two more attempts without additional costs for Tate & Lyle to pass the performance test.



Tate & Lyle will give reasonable time to GLATT to prepare for these two attempts. If due to reasons beyond Glatt's control or scope of supply, a successful performance test cannot be completed within 1 week of attempts or 12 month after end of commissioning, the plant shall be considered as finally accepted without a final performance test.

At the end of commissioning GLATT will carry out the performance test with Corn Syrup Solids (CSS) (Tate & Lyle Products). Tate & Lyle will supply the raw materials in the same quality as during the trials in week of March 10th 2008.

Tate & Lyle shall provide site personnel to supervise and oversee the test. T&L shall provide operating personnel and materials. The performance test will last 24 hours. The following parameters will be observed during the performance test:

Every 120 minutes one sample is taken at the discharge of the vibratory screen.

1. Product discharge temperature: $\leq 30$ C
   The product discharge temperature is measured manually at the discharge of the product from the vibratory screen.

2. Product quality parameters (sampled at the product discharge of the screen)
   Product moisture:                 < 5%
   Maximum product particle size:    < 1.50 mm; max. 5%  > 1.50 mm
   Mean product particle size:       300 …. 400 µm
   Product bulk density:             625 … 675 g/l
   Determination off these parameters will be done under the same conditions as during lab test in Weimar in week of March 10th 2008.

3. Capacity, when spraying sucrose solution with 50% solid concentration. The plant has been designed for a throughput of 2,760 lbs/hour product. During the 24h performance test at least 66,240 pounds shall be produced. The material balance will be calculated using the loss in weight feeder of the solid raw material charge, the flow meter of the liquid raw material charge as well as the balance of the product silo.

**<u>NOTE:</u>** **The Acceptance Test will be run under Glatt's supervision utilizing the customer's site personnel as well as materials. Costs will be invoiced as incurred based on standard rates.**



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 56 of 63**

## 12.0   ADDENDUM IV

**(Date)**

**VALLEY NATIONAL BANK IRREVOCABLE**
**LETTER OF CREDIT NUMBER:** _____

| **To: Beneficiary** | **Applicant** |
|---|---|
| Name:   Tate & Lyle Custom Ingredients, Inc. | Name:   Glatt Air Techniques, Inc. |
| Address: 1989 Hayes Ave | Address: 20 Spear Road |
|      Fort Dodge, IA 50501 |      Ramsey, NJ 07446 |

**Amount:** U.S.$_____United States Dollars _____ and ___/100)

**Expiration Date:** _____ at our counters at 924 Broadway, 4th Floor,  New York, NY 10010, as indicated herein.

We hereby establish our irrevocable letter of credit in your favor which is available with us at our office indicated herein by sight payment against presentation of your draft drawn on us at sight, indicating this letter of credit number, accompanied by the following documents:

-   A written statement signed by the President of Tate & Lyle Custom Ingredients, Inc. and acknowledged before a notary public, marked "Original", reading: "The undersigned who is the President of Tate & Lyle Custom Ingredients, Inc, hereby certifies that an Event of Default, as that capitalized term is defined in the Equipment Purchase Agreement, dated as of April ___, 2008 between Tate & Lyle Custom Ingredients, Inc. and Glatt Air Techniques Inc., has occurred, and as a result, Tate & Lyle Custom Ingredients, Inc. has the right to draw on Letter of Credit number _____ issued by Valley National Bank and dated April ___, 2008 pursuant to Section ____ of that Equipment Purchase Agreement, and the amount being drawn on that letter of credit by this certification represents the amount due to Tate & Lyle Custom Ingredients, Inc. as a result of such Event of Default."
-   The original of this letter of credit and any and all original amendments thereto.

Partial and multiple drawings are permitted under this Letter of Credit.

All drafts must be marked: "Drawn under Valley National Bank Irrevocable Letter of Credit No. _____".

-      We hereby engage with you to honor drafts and documents drawn under and in compliance with the terms of this Irrevocable Letter of Credit.

-      This irrevocable letter of credit is subject to the Uniform Customs and Practice for Documentary Credits (2007 Revision), International Chamber Of Commerce Publication No. 600, and any subsequent revisions thereof approved by a congress of the International Chamber of Commerce and adhered to by us.
-

                                        Very truly yours,

                                        **VALLEY NATIONAL BANK**

                                        By:
                                        Authorized Signature



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 57 of 63**

# 13.0   FIELD LABOR RATES

**GLATT AIR TECHNIQUES, INC.**
**FIELD LABOR RATES**
<u>**U.S., CANADA AND PUERTO RICO TECHNICAL SUPPORT**</u>
**Effective January 1, 2007**

<u>**Normal Service Rates**</u>

The following field labor rates are for services furnished during a normal eight (8) hour business day, Monday through Friday, during normal working hours.  The eight-hour limit also encompasses portal-to-portal travel time, lunch and breaks.  Service rates will be billed on a portal-to-portal basis.  Travel time will be invoiced at a reduced rate, please refer to travel costs.  Minimum charge is for ½ day or four (4) hours.

| | |
|---|---|
| Engineering Services for equipment commissioning, operational assessments, repair & troubleshooting | $ 140.00 per hour for US Technician <br><br> € 125.00 per hour for German Technician |
| Validation Services | $ 140.00 per hour for US Technician <br><br> € 125.00 per hour for German Technician |
| Calibration/Preventative Maintenance Services | $ 100.00 per hour for US Technician <br><br> € 105.00 per hour for German Technician |

<u>**Overtime Service Rates**</u>

For services provided in excess of eight (8) hours per day, second shift and/or work performed on Saturdays, Sundays or Holidays, the following rate schedule applies:

| | |
|---|---|
| Overtime (excess of eight hours per day), Saturday standard shift and Weekday Second Shift | $ 210.00 per hour |
| Sunday, Holiday, Saturday second shift, or any third shift | $ 280.00 per hour |



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 58 of 63**

**Travel Costs**

Travel and living expenses will be invoiced at Glatt's cost plus 10%.
Local vehicular travel will be invoiced at the prevailing IRS mileage allowance rate (currently $0.485 as of January 2007). Travel time will be invoiced at $100 per hour, not to exceed 8 hours per day.

**Additional Notes**

For specialty skills that require personnel outside of Glatt Air Techniques, Inc. and/or a third party contractor, different hourly rates may apply. These rates will be defined on a separate per job basis.

**Extended Overtime Work**

Projects requiring extended overtime or "off shift" work will be priced upon request. Above prices valid for up to 5 consecutive days.

**M:\Forms\TECHUS_GAT.DOC**
Revised 1/2007



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 59 of 63**

# 14.0   GLATT STANDARD TERMS AND CONDITIONS OF SALE FOR TATE & LYLE

1.       INTERPRETATION

1.1.    In these conditions the following words shall have the following meanings:

**T&L** Purchase **Conditions:** Tate & Lyle conditions contained in this agreement;

**Contract:** the Purchase Order accepted or executed by the Seller*;*

**Goods:** any goods and/or services agreed in the Contract to be purchased by or supplied to the Purchaser from the Seller (including any part or parts of them);

**Purchaser:** any member or members of the Tate & Lyle group being the contracting party and/or acting on behalf of other companies of the Tate & Lyle group;

**Purchase Order:** the Purchaser's standard order form for the supply of the Goods, of which these Conditions are automatically part;

**Seller:** the person, firm or company who accepts and/or executes the Purchase Order;

**Specification:** the specification for the Goods provided by the Purchaser to the Seller or by the Seller to the Purchaser as shall be agreed between the parties.

2.       APPLICATION OF TERMS

2.1.    T&L Purchase Conditions are the only conditions upon which the Purchaser is prepared to contract with the Seller, they shall govern the Contract to the entire exclusion of all other terms or conditions and any variation of the Seller to these conditions shall have no effect unless expressly agreed in writing by the Purchaser.

2.2.    Only a written Purchase Order shall be deemed to be an offer by the Purchaser to purchase Goods subject to these conditions. Oral purchase orders shall be valid offers only if confirmed in writing by the Purchaser. Purchase Orders shall be deemed to be accepted by the Seller expressly by giving written notice of acceptance, or impliedly by fulfilling the Purchase Order in whole or in part. The acceptance, implied or express, of a Purchase Order shall constitute acceptance of these T&L Purchase Conditions and the specific conditions set out in the Purchase Order.

3.       VARIATIONS TO THE GOODS

3.1.    Subject to condition 3.2., the Purchaser may at any time by notice make changes to the quantity, design or Specification, method of packing or delivery, the place or date of delivery or the performance of the Contract .

3.2.    If any change proposed in accordance with Condition 3.1. increases or decreases the cost of or time required for the performance of the Contract, the price shall be rateably adjusted and a reasonable adjustment shall be made to the time of delivery or date for performance provided that no increase in the price or extension of time for delivery or performance shall be made unless agreed in writing by the Purchaser.

3.3.    The Seller shall promptly give to the Purchaser written notice of actual or intended material changes in its raw materials or manufacturing methods since the Purchaser last purchased or approved like Goods.  As the Purchaser needs to inform its customers and its employees of changes in processes or materials, the Seller agrees to furnish in advance of making changes the following items: (a) a list of all ingredients in the Goods that may be purchased by the Purchaser from time to time; (b) the varying amount of one or more ingredients; and (c)

information concerning any changes in or additions to such ingredients or changes in Seller's processes.

4.       QUALITY AND DEFECTS

4.1.    The Seller warrants that the Goods shall be of the as specified or   proper design, quality, material and workmanship, be without fault and conform in all respects with the Purchase Order and the Specification and fit for the purpose as intended by the Purchaser.    The Purchaser's rights under these conditions are in addition to the statutory conditions and to any warranties of additional scope given to the Purchaser by the Seller. Without prejudice to the provisions contained in the T&L Service Conditions, where the Goods to be supplied are or include services, such services shall be performed with all reasonable skill and care and in accordance with prevailing industry practices.

4.2.    The Seller shall comply with food industry hygiene standards, with applicable safety regulations and quality assurance systems requested and approved by the Purchaser

4.3.    At any time prior to delivery under Clause 9, the Purchaser shall have the right to inspect and test the Goods, the Seller's plant, process and procedures.  If the results of such inspection or testing cause the Purchaser to be of the opinion that the Goods, the plant and/or the process and/or procedures do not or are unlikely to conform with the Purchase Order or the Specification, the Purchaser shall inform the Seller and the Seller shall immediately take such action as is necessary to ensure conformity and in addition the Purchaser shall have the right to require and witness further testing and inspection.

4.4.    Notwithstanding any such inspection, or testing, the Seller shall remain fully responsible for the Goods and any such inspection or testing shall not diminish or otherwise affect the Seller's obligations and Purchaser's rights under the Contract.

5.       INDEMNITY

5.1.    For a period of 24  months from the date of delivery or from the completion of performance of the Contract, Seller shall keep the Purchaser indemnified in full against all loss, damages, injury, costs and expenses (including reasonable legal and other professional fees and expenses) awarded against or incurred or paid by the Purchaser to the extent such actions as described below are caused by the Seller, its agent's or subcontractors:

(a)     defective workmanship, quality or materials, including, but not limited to, faulty design and latent defects;

(b)     non conforming goods, or services;

(c)     improper performance of service under this Contract;

(d)     any claim made against the Purchaser in respect of any liability, loss, damage, injury, cost or expense (together "**Loss**") sustained by its employees or agents or by any customer or third party to the extent that such Loss was caused by, relates to or arises from the Goods as a consequence of a direct breach or negligent performance or failure or delay in performance of the terms of the Contract by the Seller.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 60 of 63**

5.2. The replacement parts supplied by the Seller under the warranty above mentioned shall be subject to the same indemnity.

**6. REMEDIES**

6.1. Without prejudice to any other right or remedy which the Purchaser may have, if any Goods are not supplied in accordance with, or the Seller fails to comply with any of the terms of this Contract, the Purchaser shall be entitled to avail itself of any one or more of the following remedies at its discretion, whether or not any part of the Goods have been accepted by the Purchaser:

(a) give the Seller the opportunity at the seller's expense either to remedy any defect in the Goods or to supply replacement Goods and carry out any other necessary work to ensure that the terms of the Contract are fulfilled;

(b) to carry out at the Seller's expense any work necessary to make the Goods comply with the Contract;

(c) to reject the Goods (in whole or in part) and return them to the Seller at the risk and cost of the Seller on the basis that a full refund for the Goods so returned shall be paid forthwith by the Seller and;

(d) to claim such damages as may have been sustained in consequence of the Seller's breach or breaches of the Contract.

**7. PATENT WARRANTY AND INDEMNITY**

7.1. The Seller warrants that the Goods delivered or the services rendered under this Contract, and the sale and the use of the Goods in their normal or intended manner, shall not infringe, or contribute to infringe, any patent or copyright and shall not violate the trade secret rights of another.

7.2. The Seller shall defend, indemnify and hold harmless Purchaser, its successors, assigns and customers, and users of Purchaser's products, from and against all claims, suits, losses and damages, including reasonable attorneys' fees and costs and expenses awarded, based upon a claim of infringement, or contributory infringement of any patent or copyright, or violation of another's trade secret rights, by reason of the use or sale of the Goods or the rendering of the services.

**8. INSURANCE**

8.1. Seller shall maintain a comprehensive liability insurance policy, including Third party and contractual liability coverage (bodily injury and property damage) and product liability coverage, naming the Purchaser as an additional insured and shall upon request provide the Purchaser with a certificate of insurance. The Seller shall maintain the coverage for a minimum amount of $2 (two) million any one occurrence.

**9. DELIVERY**

9.1. Shipping and delivery arrangements shall be as defined by INCOTERMS, latest version, in the Purchase Orders. Unless otherwise stipulated in the Purchase Orders, deliveries shall only be accepted by the Purchaser in normal business hours. Unloading shall only take place under the direction and in the presence of the Purchaser

9.2. The Seller shall ensure that each delivery is accompanied by a delivery note which shows, *inter alia*, the order number, date of order, number of packages and contents and, in the case of part delivery, the outstanding balance remaining to be delivered.

9.3. Time for delivery is of importance. Without prejudice to any remedy listed in clause 6, if the Goods are not delivered on the due date then, without prejudice to any other rights which it may have, the Purchaser reserves the right to claim damages based on the Liquidated Damages for Late Delivery section in the As Sold Proposal. Purchaser's right to other damages not related to late delivery shall remain in effect.

9.4. Where the Purchaser agrees in writing to accept delivery by instalments the Contract shall be construed as a single contract in respect of each instalment. Nevertheless failure by the Seller to deliver any one instalment shall entitle the Purchaser at its option to treat the whole Contract as repudiated.

9.5. If the Goods are delivered to the Purchaser in excess of the quantities ordered, the Purchaser shall not be bound to pay for the excess and any excess shall be and shall remain at the Seller's risk and shall be returnable at the Seller's expense.

9.6. The Purchaser shall not be deemed to have accepted the Goods until it has had 7 days following delivery to inspect them. In addition to any other remedy available, the Purchaser shall have the right to ask for return and replacement of any defective Goods after inspection or within a reasonable time after it becomes aware of a latent defect.

**10. TITLE AND RISK**

10.1. Notwithstanding the INCOTERMS provisions, (a) all Goods supplied by the Seller shall become the property of T&L, upon payment therefore; (b) the Seller shall be responsible for and shall bear any and all risk of loss or damage to the Goods until delivery thereof in accordance with 9. Upon delivery, the Seller shall cease to bear the risk of loss or damage; provided however, that any loss or damage, whenever occurring which results from the Seller's non-conforming packaging shall be for the Seller's account.

**11. PACKING INSTRUCTIONS**

11.1. The Goods shall be properly prepared, labelled, packed, and tagged in accordance with instructions contained in the order, secured and protected by the Seller to ensure that they reach the destination specified in the Purchase Order in good condition and that Goods can be properly handled and identified.

11.2. All dangerous or hazardous Goods shall be packed separately from those of a non-hazardous nature and in accordance with clause 12 below.

11.3. Where returnable containers are used in the shipment, the containers shall be returned to the Seller at the Seller's expense.

**12. HAZARDOUS GOODS**

12.1. Hazardous goods must be marked by the Seller with International Danger Symbol(s) and display the names of the ingredient materials. Transportation and other relevant documents must include a declaration of the hazard(s) and name(s) of the material(s).

12.2. Goods must be accompanied by emergency information in the form of written instructions, labels and markings.

12.3. All the previous information shall be written in English and in the local language of the country of delivery.

12.4. The Seller shall observe the legal requirements of the country of delivery and the international agreements relating to the packing, labelling and carriage of hazardous goods in consideration.



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 61 of 63**

12.5.   All information held by, or reasonably available to the Seller regarding the potential hazards known or believed to exist in the transport, handling or use of the Goods supplied shall be promptly communicated to the Purchaser.

**13.   COMPLIANCE WITH LAWS & REGULATIONS**

13.1.   The Goods supplied shall comply in all respects with the relevant requirements of applicable statutes and any orders or regulations made thereunder.

**14.   PRICE**

14.1.   The price of the Goods shall be stated in the Purchase Order and unless otherwise agreed in writing by the Purchaser shall be exclusive of any taxes which are required by law to be collected and remitted by Seller, and shall be inclusive of all other charges.

14.2.   No variation in the price nor extra charges shall be accepted by the Purchaser.

14.3.   The Seller shall invoice the Purchaser or the T&L company specified by the Purchaser upon, but separately from, despatch of the Goods to the Purchaser. The invoice shall include the Purchaser's Purchase Order number.

**15.   PAYMENT**

15.1.   The Purchaser shall pay the price of the Goods per the terms of the As Sold Proposal.

15.2.   Without prejudice to any other right or remedy, the Purchaser reserves the right to set-off any amount owing at any time from the Seller to the Purchaser against any amount payable by the Purchaser to the Seller under the Contract.

**16.   THE PURCHASER'S PROPERTY**

16.1.   Neither party acquires any right, title or interest in the intellectual property of the other party under this Agreement

16.2   Any of Purchaser's property used by Seller shall be held by the Seller in safe custody at its own risk and maintained and kept in good condition by the Seller until returned to the Purchaser and shall not be disposed of other than in accordance with the Purchaser's written instructions, nor shall such items be used otherwise than as authorised by the Purchaser in writing. Such information can only be used for the purpose of the Contract.

**17.   SPARE PARTS AND DISCONTINUANCE OF MANUFACTURE OF GOODS**

17.1.   The Seller undertakes that:-

(a)   unless and until it gives notice in accordance with (b) below it shall make Seller manufactured components of the same type as those described in the Purchase Order and spare parts for the repair or part replacement of such Goods throughout the period of the normal duration of life of the Goods in accordance with the Purchaser's requirements and at a fair and reasonable price;

(b)   if it proposes to cease to be a supplier of the Goods or spare parts for the Goods it shall give the Purchaser not less than 180 days written before so ceasing; and

(c)   in the circumstances described in (b) above it shall make available to the Purchaser on a "one time buy" basis such quantities of Goods and of spare parts for the Goods as the Purchaser shall reasonably require for the purposes of future renewal, repair or replacement of the Goods at a fair and reasonable price.

**18.   CONFIDENTIALITY**

18.1.   The Seller shall not take photographs of any of the Purchaser's equipment, installations or property without the Purchaser's prior consent in writing. The Seller shall keep in strict confidence all technical or commercial know-how, specifications, inventions, processes or initiatives which are of a confidential nature and have been disclosed to the Seller by the Purchaser or its agents and any other confidential information concerning the Purchaser's business or its products which the Seller may obtain and the Seller shall restrict disclosure of such confidential material to such of its employees, agents or sub-contractors as need to know the same for the purpose of discharging the Seller's obligations to the Purchaser and shall ensure that such employees, agents or sub-contractors are subject to like obligations of confidentiality as bind the Seller.  The obligations set forth with respect to confidential information shall automatically expire fifteen (15 years from the date of execution of this agreement.

18.2   Confidential information shall not include any information that at the time of disclosure is already known to Seller or generally available to the public through no fault of Seller, becomes generally available to the public through no act or failure of Seller, or such information which has been furnished to Seller on an non-confidential basis by any third party having a bonafide right to do so.

18.3.   Seller shall not advertise or publish the fact that Seller has contracted to furnish the Purchaser the Goods ordered by Purchaser from time to time, or use any trademarks or trade names of Purchaser in Seller's advertising or promotional materials, unless Purchaser has first consented in writing.

**19.   SUSPENSION**

19.1.   The Purchaser is entitled to suspend the Contract in whole or in part at any time.  In the event of the exercise of such right the Purchaser shall thereafter extend the time for performance of the Contract by such period as is reasonable and it shall also pay the Seller any amounts which are due and payable to the Seller at the date of the suspension and thereafter shall reimburse the Seller for such reasonable direct costs as the Seller has had to incur in making an orderly suspension in accordance with the Purchaser's instructions. The Seller reserves the right to reasonably adjust the price should the suspension exceed 90 days.

**20.   TERMINATION**

20.1.   The Purchaser shall have the right at any time and for any reason to terminate the Contract in whole or in part by giving the Seller written notice whereupon all work on the Contract shall be discontinued and the Purchaser shall pay to the Seller fair and reasonable compensation as described in the As Sold Proposal.

20.2.   The Purchaser shall have the right at any time by giving notice in writing to the Seller to terminate the Contract forthwith if:

(a)   the Seller commits a material breach of any of the terms and conditions of the Contract which is not remedied within 14 days after notification thereof;

(b)   any distress, execution or other process is levied upon any of the assets of the Seller;



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 62 of 63**

(c)     the Seller has a bankruptcy order made against him or makes an arrangement or composition with his creditors, or otherwise take the benefit of any statutory provision for the time being in force for the relief of insolvent debtors, or convenes a meeting of creditors, or enters into liquidation except a solvent voluntary liquidation for the purpose only of reconstruction or amalgamation, or has a receiver and/or manager, administrator or administrative receiver appointed of its undertaking or any part thereof, or any proceedings are commenced relating to the insolvency or possible insolvency of the Seller;

(d)     the Seller ceases or threatens to cease to carry on its business; or

(e)     the financial position of the Seller deteriorates to such an extent that in the reasonable opinion of the Purchaser the capability of the Seller adequately to fulfil its obligations under the Contract has been placed in jeopardy.

20.3.   The termination of the Contract, however arising, shall be without prejudice to the rights and duties of the Purchaser accrued prior to termination. The following conditions 1, 16, 18 and 24.5. shall continue to be enforceable notwithstanding termination.

**21.     ASSIGNMENT AND SUB-CONTRACTING**

21.1.   This Contract shall not be transferred, assigned or sub-contracted by the Seller, in whole or in part, except with the prior written consent of Purchaser. In any event the Seller shall remain jointly and/or severally liable with the assignee or sub-contractor.

**22.     FORCE MAJEURE**

22.1.   Each party reserves the right to defer the date of delivery or payment or to cancel the Contract or reduce the volume of the Goods ordered if it is prevented from or delayed in the carrying on of its business due to a force majeure event, on condition that the force majeure event is immediately notified in writing to the other party.

22.2.   Force majeure shall mean any cause preventing either party from performing any or all of its obligations which arises from or is attributable to acts, events, omissions or accidents beyond the reasonable control of the party so prevented including act of God, war, riot, civil commotion, flood and storm.

22.3.   If either party is prevented from performance of its obligations for a continuous period in excess of 60 days, the other party may terminate this agreement forthwith on service of written notice upon the party so prevented, in which case neither party shall have any liability to the other except that rights and liabilities which accrued prior to such termination shall continue to subsist.

**23.     RELATIONSHIP OF PARTIES**

23.1.   The Purchaser and the Seller are independent contracting parties and nothing in this contract, or any Purchase Order issued pursuant hereto, shall make either party the agent or legal representative of the other party for any purpose whatsoever. Furthermore, neither party shall have any authority to assume or to create any obligation on behalf of or in the name of the other party.

**24.     GENERAL**

24.1.   If any provision of the Contract is found to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall, to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness, be deemed severable and the remaining provisions of the Contract and the remainder of such provision shall continue in full force and effect.

24.2.   Failure or delay in enforcing or partially enforcing any provision of the Contract shall not be construed as a waiver by either party of any of its rights under the Contract.

24.3.   Any waiver by the Purchaser of any breach of, or any default under, any provision of the Contract by the Seller shall not be deemed a waiver of any subsequent breach or default and shall in no way affect the other terms of the Contract.

24.4.   The parties to this Contract do not intend that any term of this Contract shall be enforceable by any person that is not a party to it.

24.5.   THIS CONTRACT SHALL BE CONTROLLED BY, GOVERNED BY AND CONSTRUED ACCORDING TO THE LAWS OF THE STATE OF ILLINOIS. Each of the Seller and T&L irrevocably submits to the exclusive jurisdiction of the United States District Court for the Central District of Illinois in any action arising out of or relating to this contract, where federal jurisdiction exists, and to the Sixth Judicial Circuit Court, Macon County, Illinois, for disputes lacking federal jurisdiction.

24.6    If a dispute arises, then the parties will use their best efforts to resolve such dispute within 21-days after receiving written notice of the dispute from the other party. If the parties have not resolved the dispute within 21-days after receiving written notice, then the parties within 7 days will enter into good faith non-binding mediation in accordance with the Commercial Mediation Procedures of the American Arbitration Association which shall last no longer than 30 days. If that mediation is not successful, then at any time thereafter either party can seek any other available legal relief, provided that notwithstanding anything to the contrary, either party may at any time and without delay seek injunctive relief.

24.7    Not withstanding anything else contained herein, and except for gross negligence, wilful misconduct, property damage or personal injury (including death), neither party shall be liable to the other for any special, indirect or consequential damages.

25.      LETTERS OF CREDIT

Section 25.1 It shall be an "Event of Default" by Seller under this Agreement if there is any breach of this Agreement by Seller and that breach is not substantially cured within thirty (30) days after PURCHASER has sent a notice of that breach to Seller, provided that if by its nature that breach cannot be cured within that 30-day period but is capable of being cured, then an Event of Default shall not occur if Seller promptly commences and diligently works to cure that breach and in any event is able substantially to cure that breach within ninety (90) days after PURCHASER sends that notice to Seller.

Section   25.2.   (a) As provided elsewhere in this Agreement, PURCHASER is required to deliver to Seller a payment in the amount of $841,557.00 on the execution and delivery of this Agreement. On the payment by PURCHASER to Seller of that amount, Seller shall deliver to PURCHASER a letter of credit in that amount, substantially in the form attached to this Agreement. The stated expiration date of that letter of credit shall be January 1,



**Quotation Reference Number SQ-000069-VI (RL/AS)**
**Tate & Lyle**
**Page 63 of 63**

2009. Starting with the date of the shipment (from Germany) to PURCHASER of the Seller GFG850 pursuant to this Agreement, PURCHASER shall not have any further right to draw on that letter of credit (in whole or in part), and PURCHASER shall promptly deliver the original letter of credit to or at the direction of Seller. If, prior to the date on which PURCHASER does not have any further right to draw on that letter of credit as provided in the preceding sentence, an Event of Default has occurred and is continuing under Section 25.1 above, then PURCHASER shall have the right to draw on that letter of credit, in accordance with the terms of that letter of credit, in an amount equal to the amount due to PURCHASER as a result of such Event of Default, up to the full face amount of that letter of credit. Except as provided in the preceding sentence, PURCHASER shall not have any right to draw on all or any part of that letter of credit.

(b) As provided elsewhere in this Agreement, PURCHASER is required to deliver to Seller a payment in the amount of $420,778.00 on the completion of the acceptance test for the equipment pursuant to this Agreement. On the payment by PURCHASER to Seller of that amount, Seller shall deliver to PURCHASER a letter of credit in that amount, substantially in the form attached to this Agreement. The stated expiration date of that letter of credit shall be twelve (12) months after the date on which PURCHASER delivers that payment to Seller. Starting with the date that is twelve (12) months after the completion of the acceptance test for the equipment pursuant to this Agreement, PURCHASER shall not have any further right to draw on that letter of credit (in whole or in part), and PURCHASER shall promptly deliver the original letter of credit to or at the direction of Seller. If, prior to the date on which PURCHASER does not have any further right to draw on that letter of credit as provided in the preceding sentence, an Event of Default has occurred and is continuing under Section 25.1 above, then PURCHASER shall have the right to draw on that letter of credit, in accordance with the terms of that letter of credit, in an amount equal to the amount due to PURCHASER as a result of such Event of Default, up to the full face amount of that letter of credit. Except as provided in the preceding sentence, PURCHASER shall not have any right to draw on