E-FILED
Friday, 11 March, 2016 04:54:59 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B



# Sales - Invoice
Page 1

| | |
|---|---|
| Date | 03/03/10 |
| **Our Reference** | **SPI-112511** |
| Customer No. | C-001230 |
| Order No. | SO-024031 |
| Job No | JOB0001805 |
| | GFG-850 System |
| Manufa. Ref. No. | 1392 |

20 Spear Road, Ramsey, New Jersey, 07446
TEL: 201 825-8700  FAX: 201 825-0389  www.glattair.com

Bill-to Address
TATE & LYLE
ACCOUNTS PAYABLE DEPT.
2200 E. ELDORADO STREET
DECATUR, IL 62525

Ship-to Address
TATE & LYLE
Mike Ernster
2200 E. ELDORADO STREET
SYCAMORE, IL 60178

| | |
|---|---|
| Your Customer No. | C-001230 |
| **Your Reference/PO No.** | **4410005879** |
| Your Phone | 2174234411 |

| No. | Description | Quantity | UOM | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| | 10% upon Acceptance Test | 1 | | 420,778.60 | $ | 420,778.60 |
| | | | | Total before Tax | $ | 420,778.60 |
| | | | | Tax | $ | 0.00 |
| | | | | **Grand Total with Tax** | $ | 420,778.60 |

\* Item subject to sales tax

| | |
|---|---|
| Payment Terms | NET 30 DAYS |
| Shipment Terms | Ex Warehouse |

A 1.5 % per month finance charge (18% PER ANNUM) will be applied to all unpaid balances over 30 Days.