E-FILED
Friday, 11 March, 2016 04:54:59 PM
Clerk, U.S. District Court, ILCD

# GROUP EXHIBIT E



# Sales - Invoice

Page 1

| | |
|---|---|
| Date | 12/16/09 |
| **Our Reference** | **SPI-111939** |
| Customer No. | C-001230 |
| Order No. | SO-024031 |
| Job No | JOB0001805 |
| | GFG-850 System |
| Manufa. Ref. No. | 1392 |

20 Spear Road, Ramsey, New Jersey, 07446
TEL: 201 825-8700   FAX: 201 825-0389   www.glattair.com

Bill-to Address
TATE & LYLE
ATTN: RODRIGO VAZ
2200 E. ELDORADO STREET
DECATUR, IL 62521

Ship-to Address
TATE & LYLE
A/P
2200 E. ELDORADO STREET
DECATUR, IL 62525

| | |
|---|---|
| Your Customer No. | C-001230 |
| **Your Reference/PO No.** | 4410005879. |
| Your Phone | 2174234411 |

| No. | Description | Quantity | UOM | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| | PERFORMANCE TEST FOR YOUR GFG-850, CN:1392 PERFORMED ON 7/16/09 - 7/18/09, AS PER ATTACHED BILLING SUMMARY | | | | | |
| | LABOR HOURS | 1 | | 25,515.00 | $ | 25,515.00 |
| | TRAVEL & LIVING EXPENSES | 1 | | 1,717.89 | $ | 1,717.89 |
| | HANDLING FEE - 10% OF T&L EXP | 1 | | 171.79 | $ | 171.79 |
| | **Total before Tax** | | | | $ | 27,404.68 |
| | **Tax** | | | | $ | 0.00 |
| | **Grand Total with Tax** | | | | $ | 27,404.68 |

\* Item subject to sales tax

| | |
|---|---|
| Payment Terms | NET 30 DAYS |
| Shipment Terms | Ex Warehouse |

A 1.5 % per month finance charge (18% PER ANNUM) will be applied to all unpaid balances over 30 Days.

Confidential

Tate & Lyle - GFG 850 SO-024031
START UP - 2009 SUMMARY LOG

\* - SU HOURS ALREADY INCLUDED IN THE PROJECT MUST BE SUBTRACTED FROM THE BILLABLE HOURS BELOW FOR INVOICING

| DATES ON SITE | GLATT REP | VISIT NO. | PROGRESS REPORT NO. | STANDARD O/T | ENG/AUTO OVERTIME O/T | SAT O/T | SUN O/T | TRVL | MEALS | LODGING | TAXI/LIMO | GAS/OIL | PARK/TOLLS | AUTO/MILES | AIRFARE/TRAIN | PHONE | TIPS | PROJECT PURCHASE | TOTAL WK EXP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/09 - 5/8/09 | Mike Bonicos | | I/O Checks | 40.00 | | | | 16.00 | | $ 208.00 | | | | $ 436.29 | $ 294.20 | | | | $ 938.49 |
| | Saul Vasquez | | I/O Checks | 40.00 | | | | 16.00 | | | | | | | | | | | $ - |
| 5/11/09-5/15/09 | Mike Bonicos | | I/O Checks | 38.00 | | | | 16.00 | $ 477.27 | | $ 208.00 | | | $ 566.55 | $ 294.20 | | | | $ 1,546.82 |
| | Saul Vasquez | | I/O Checks | 38.00 | | | | 16.00 | | | | | | | | | | | $ - |
| 5/18/09 - 5/22/09 | Mike Bonicos | | Commiss | 42.00 | | | | 16.00 | $ 398.72 | | $ 208.00 | | | $ 490.04 | $ 420.20 | | $ 13.13 | | $ 1,530.09 |
| | Saul Vasquez | | Commiss | 42.00 | | | | 16.00 | | | | | | | | | | | $ - |
| 5/25/09-5/29/09 | Mike Bonicos | | Commiss | 31.00 | | | | 16.00 | $ 281.51 | | $ 208.00 | $ 21.60 | $ 4.00 | $ 272.73 | $ 334.00 | | $ 17.72 | | $ 1,139.56 |
| | Saul Vasquez | | Commiss | 31.00 | | | | 16.00 | | | | | | | $ 334.00 | | | | $ 334.00 |
| 5/31/09-8/06/09 | Mike Bonicos | | Commiss | 53.50 | | | | 16.50 | $ 478.88 | | $ 28.60 | | $ 2.40 | $ 535.27 | $ 664.21 | | | | $ 1,753.15 |
| | Saul Vasquez | | Commiss | 53.50 | | | | 16.00 | | | | | | | $ 514.21 | | | | $ 514.21 |
| | Dave Cloutier | | Commiss | 53.50 | | | | | | | | | | | | | | | $ - |
| 6/07/09-6/12/09 | Mike Bonicos | | Commiss | 38.50 | | | | 19.00 | $ 59.36 | $ 199.75 | $ 23.15 | $ 3.20 | $ 385.18 | $ 349.20 | | | | $ 1,339.52 |
| | Saul Vasquez | | Commiss | 41.50 | | | | 19.00 | | | | | | | $ 349.20 | | | | $ 349.20 |
| | Dave Cloutier | | Commiss | 41.50 | | | | 19.00 | | | | | | | | | | | $ - |
| 6/15/09-6/19/09 | Mike Bonicos | | Commiss | 40.00 | | | | 16.00 | $ 329.32 | $ 319.68 | $ 208.00 | $ 25.97 | $ 2.40 | $ 352.04 | $ 519.20 | | | | $ 1,756.61 |
| | Saul Vasquez | | Commiss | 40.00 | | | | 16.00 | | | | | | | $ 519.20 | | | | $ 519.20 |
| 6/21/09-6/25/09 | Mike Bonicos | | Operator Training | 35.00 | 12.00 | | | 16.00 | $ 284.78 | $ 399.50 | $ 134.74 | $ 26.70 | $ 2.09 | $ 281.03 | $ 466.19 | | | | $ 982.49 |
| | Saul Vasquez | | Operator Training | 35.00 | 12.00 | | | 16.00 | | | | | | | $ 469.19 | | | | $ - |
| 6/29/09-7/03/09 | Mike Bonicos | | Commiss | 24.00 | | | | 20.50 | $ 19.48 | $ 230.78 | $ 55.80 | $ 24.04 | $ 3.20 | $ 289.83 | $ 350.20 | | | | $ 982.49 |
| | Ulli Walrich | | Commiss | 24.00 | 26.00 | | | 20.50 | | $ 277.75 | | | | $ 464.14 | $ 350.20 | | | | $ 350.20 |
| 7/6/09-7/10/09 | Mike Bonicos | | Commiss | 40.50 | | | | 20.50 | $ 358.92 | $ 319.68 | $ 205.00 | $ 38.53 | $ 3.20 | $ 385.18 | $ 439.19 | | $ 58.99 | | $ 1,808.69 |
| | Saul Vasquez | | Commiss | 40.50 | | | | 20.50 | | | | | | | $ 624.20 | | | | $ 624.20 |
| | Ulli Walrich | | | 45.00 | 4.00 | | | | | | | | | $ 464.14 | $ 4,174.56 | | | | $ - |
| | Tilo Koppel | | | 45.00 | 7.00 | | | | | $ 277.75 | | | | | $ 514.21 | | | | $ - |
| 7/13/09-7/15/09 | Mike Bonicos | | 24-hr continuous op | 32.00 | | | | 8.00 | $ 114.89 | $ 239.76 | $ 96.65 | | $ 2.40 | $ 156.93 | $ 474.19 | | | | $ 1,084.82 |
| | Saul Vasquez | | 24-hr continuous op | 32.00 | | | | 8.00 | | $ 239.76 | | | | | $ 284.20 | | | | $ 523.96 |
| | Dave Cloutier | | 24-hr continuous op | 26.00 | 8.00 | | | 7.00 | | $ 239.76 | | $ 19.25 | | | $ 499.20 | | | | $ 758.21 |
| | Tilo Koppel | | | 27.00 | 7.50 | | | | | $ 138.90 | | $ 54.34 | | $ 232.07 | | | | | $ - |
| 7/18/09-7/18/09 | Mike Bonicos | Note 1 | 24-hr performance test | 39.50 | | | | 6.80 | $ 296.66 | $ 239.76 | | $ 26.62 | $ 7.20 | $ 126.93 | | | $ 101.42 | | $ 790.59 |
| | Saul Vasquez | Note 1 | 24-hr performance test | 39.50 | | | | 8.00 | | $ 239.76 | | | | | | | | | $ 239.76 |
| | Dave Cloutier | | 24-hr performance test | 23.00 | 9.00 | | 9.75 | 9.00 | $ 20.47 | $ 79.92 | | $ 62.50 | | $ 19.25 | | | | | $ 182.14 |
| | Ulli Walrich | | | 18.00 | 9.30 | | | | | $ 138.90 | | | | | | | | | $ - |
| | Tilo Koppel | | | 18.00 | 3.30 | | 8.00 | | | $ 138.90 | | | | | | | | | $ - |
| 7/19/09-7/25/09 | Mike Bonicos | Note 2 | Commiss | 46.50 | | | | 7.50 | $ 368.83 | $ 399.60 | $ 244.35 | $ 50.62 | $ 1.60 | $ 313.86 | | | $ 42.34 | | $ 1,421.20 |
| | Saul Vasquez | Note 2 | Commiss | 30.00 | | | | 8.00 | | $ 239.76 | | | | | | | | | $ 239.76 |
| | Dave Cloutier | | Commiss | 38.00 | 11.30 | | | 7.00 | $ 73.40 | $ 319.68 | $ 158.40 | $ 35.84 | $ 1.60 | $ 316.74 | $ 644.20 | | | | $ 1,514.02 |
| | Ulli Walrich | | | 41.00 | 7.50 | | | | | $ 277.75 | $ 128.85 | | | $ 464.14 | | | | | $ - |
| | Tilo Koppel | | | 36.00 | 3.50 | | | | | $ 277.83 | | | | | | | | | $ - |
| 7/26/09-7/31 | Dave Cloutier | | Punch List/WP | 43.50 | | | 3.00 | 7.00 | $ 179.30 | $ 399.60 | $ 158.40 | $ 0.80 | | $ 475.08 | | | $ 32.76 | | $ 1,245.94 |
| | Ulli Walrich | | | | | | | | | | | | | | | | | | |

Confidential



GAT0028407

Confidential

| Date | Name | Task | BILLABLE HOURS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tilo Koppel | | 17.50 | | | 2.00 | | | 11.48 | | | | |
| 8/3/2009 - 8/5/09 | Saul Vasquez | 24-hr PT prep | 23.50 | | | | 7.00 | | | | | | |
| 8/5/2009 - 8/8/09 | Saul Vasquez | 24-hr performance test | 24.00 | | | | 8.00 | | | | | | |
| | Ulli Walrich | 24-hr performance test | | 18.00 | | 8.50 | 9.00 | | | 554.45 | 659.17 | | |
| | Tilo Koppel | 24-hr performance test | | 18.00 | | 5.00 | 8.50 | | 222.26 | 28.85 | 14.60 | 693.18 | |
| | | | | | | | | | | | | | |
| | | | 172.00 | 36.00 | 24.00 | 12.80 | 16.75 | 57.00 | | | | | |
| | | | | | | | | | 179.93 | | | | |
| | | | | | | | | | $3,238.64 | $7,061.34 | $2,703.63 | $335.49 | $101.60 | $7,943.29 | $30,736.19 | $262.36 |
| | | | | | | | EXPENSE TOTALS | | | | | | | |
| | | | | | | | | | 1,469.37 | 5,141.31 | 1,248.03 | 238.69 | 84.00 | 3,875.66 | 12,958.02 | 202.75 | 25,217.83 |
| | | | | | | | NET BILLABLE EXPENSES (4 WEEKS COMMISSIONING PLUS 1ST TRIAL) | | | | | | 52,382.54 | |

NOTE:
1  7/18/09   Saturday hours   25  Performance test
2  7/19/09   Sunday Hours     10  Performance test

| Start up T&L | | Ulrich Walter | | | PN 1392 | |
|---|---|---|---|---|---|---|
| Week | Date | Day | from | till | over time (more than 8 hour) | |
| **1** <br> KW 27 | 6/29/2009 | Monday | 4:15 | | | |
| | 6/30/2009 | Tuesday | 8:00 | 17:00 | | 9. |
| | 7/1/2009 | Wednesday | 8:00 | 17:00 | | 9. |
| | 7/2/2009 | Thursday | 8:00 | 16:00 | | 8 ✓ |
| | 7/3/2009 | Friday | | | | |
| | 7/4/2009 | Saturday | | | | |
| | 7/5/2009 | Sunday | | | | |
| **2** <br> KW 28 | 7/6/2009 | Monday | 8:00 | 18:00 | 1.0 | regular |
| | 7/7/2009 | Tuesday | 8:00 | 18:00 | 1.0 | |
| | 7/8/2009 | Wednesday | 8:00 | 18:00 | 1.0 | |
| | 7/9/2009 | Thursday | 8:00 | 18:00 | 1.0 | |
| | 7/10/2009 | Friday | 8:00 | 17:00 | | |
| | 7/11/2009 | Saturday | | | | |
| | 7/12/2009 | Sunday | | | | |
| **3** <br> KW 29 | 7/13/2009 | Monday | 8:00 | 17:00 | | 9 |
| | 7/14/2009 | Tuesday | 7:00 | 18:00 | 2.0 | |
| | 7/15/2009 | Wednesday | 7:30 | 22:30 | 6.0 | |
| | 7/16/2009 | Thursday | 7:45 | 21:00 | 4.3 | |
| | 7/17/2009 | Friday | 8:00 | 22:00 | 5.0 | |
| | 7/18/2009 | Saturday | 9:15 | 20:00 | 9.8 | |
| | 7/19/2009 | Sunday | | | | |
| **4** <br> KW 30 | 7/20/2009 | Monday | 7:15 | 21:30 | 5.3 | |
| | 7/21/2009 | Tuesday | 7:15 | 17:15 | 1.0 | ✓ |
| | 7/22/2009 | Wednesday | 8:00 | 18:30 | 1.5 | |
| | 7/23/2009 | Thursday | 8:00 | 20:30 | 3.5 | |
| | 7/24/2009 | Friday | 8:00 | | | |
| | 7/25/2009 | Saturday | | | | |
| | 7/26/2009 | Sunday | | | | |
| **5** <br> KW 32 | 8/3/2009 | Monday | | | | |
| | 8/4/2009 | Tuesday | | | | |
| | 8/5/2009 | Wednesday | 7:00 | | | |
| | 8/6/2009 | Thursday | 7:30 | 20:00 | 3.5 | |
| | 8/7/2009 | Friday | 7:30 | 21:30 | 5.0 | |
| | 8/8/2009 | Saturday | 7:30 | 17:30 | 9.0 | |
| | 8/9/2009 | Sunday | 7:30 | | | |

# Start up T&L    Tilo Klöppel    PN 1392

| Week | Date | Day | from | till | over time (more than 8 hour) |
|---|---|---|---|---|---|
| 1<br>KW 28 | 7/6/2009 | Monday | 15:00 | 20:00 | 4.0 |
| | 7/7/2009 | Tuesday | 8:00 | 18:00 | 1.0 |
| | 7/8/2009 | Wednesday | 8:00 | 18:00 | 1.0 |
| | 7/9/2009 | Thursday | 8:00 | 18:00 | 1.0 |
| | 7/10/2009 | Friday | 8:00 | 17:00 | |
| | 7/11/2009 | Saturday | | | |
| | 7/12/2009 | Sunday | | | |
| 2<br>KW 29 | 7/13/2009 | Monday | 8:00 | 17:00 | |
| | 7/14/2009 | Tuesday | 7:00 | 18:00 | 2.0 |
| | 7/15/2009 | Wednesday | 7:30 | 18:00 | 3.5 |
| | | | 22:00 | 0:00 | 2.0 |
| | 7/16/2009 | Thursday | 0:00 | 8:00 | |
| | | | 20:00 | 0:00 | 3.0 |
| | 7/17/2009 | Friday | 0:00 | 8:00 | |
| | | | 18:00 | 21:30 | 0.5 |
| | 7/18/2009 | Saturday | 12:00 | 19:00 | 7.0 |
| | 7/19/2009 | Sunday | | | |
| 3<br>KW 30 | 7/20/2009 | Monday | 18:00 | 0:00 | |
| | 7/21/2009 | Tuesday | 0:00 | 8:00 | |
| | 7/22/2009 | Wednesday | 8:00 | 18:30 | 1.5 |
| | 7/23/2009 | Thursday | 8:00 | 20:00 | 3.0 |
| | 7/24/2009 | Friday | 8:00 | 20:00 | 3.0 |
| | 7/25/2009 | Saturday | 7:00 | 16:00 | 8.0 |
| | 7/26/2009 | Sunday | | | |
| 4<br>KW 31 | 7/27/2009 | Monday | 8:00 | 19:00 | 2.0 |
| | 7/28/2009 | Tuesday | 7:30 | 16:00 | |
| | 7/29/2009 | Wednesday | 7:00 | | |
| | 7/30/2009 | Thursday | | | |
| | 7/31/2009 | Friday | | | |
| | 8/1/2009 | Saturday | | | |
| | 8/2/2009 | Sunday | | | |
| 5<br>KW 32 | 8/3/2009 | Monday | | | |
| | 8/4/2009 | Tuesday | | | |
| | 8/5/2009 | Wednesday | 7:00 | | |
| | 8/6/2009 | Thursday | 7:30 | 12:00 | |
| | | | 19:00 | 0:00 | 0.5 |
| | 8/7/2009 | Friday | 0:00 | 8:30 | |
| | | | 19:00 | 0:00 | 4.5 |
| | 8/8/2009 | Saturday | 0:00 | 8:30 | |
| | | | 16:00 | 17:30 | 8.5 |
| | 8/9/2009 | Sunday | 7:30 | | |

Handwritten annotations in right margin: ✓ (week 1), ✓ (week 2), ⌡ ⌡ (week 2), 4( (week 3), ✓ (week 3), ✓ (week 4), 4.5 / 5 / 8.5 / 5 / 8.5 / 1.5 (week 5)

# SITE ACTIVITIES
# WEEKLY PROGRESS REPORT

**Glatt Air Techniques Inc.**
20 Spear Rd, Ramsey NJ 07446 (T) 201/825-8700 (F) 201/818-5581

RDCG Ramsey Design Group, A Division of Glatt Air Techniques, Inc.

| | |
|---|---|
| Customer: | Tate & Lyle |
| Location: | Sycamore, IL |
| Contact: | Mike Ernster |
| Glatt Representative(s): | Saul Vasquez |
| Purpose of trip: | Tate & Lyle Performance Trial |

| | |
|---|---|
| Job Number: | SO-024031 |
| Project (Comm.) No.: | |
| Machine Model(s): | CFG 850 |
| Week Ending: | 08/08/09 |
| Time Incl. in Quote: | |

## Site Activities

| Date | Arrive | Depart | Nature of Work Performed | Non-billable Time (hrs) Incl. | Warr. | Trav. | Billable Time (hrs) ST | OT | Trav. |
|---|---|---|---|---|---|---|---|---|---|
| 08/03/09 | 3:00AM | 10:00 AM | Travel | | | | | | 7 |
| 08/03/09 | 10:00 AM | 4:30 PM | PLC Interlock Check | | | | 6.5 | | |
| 08/04/09 | 8:00 AM | 4:30 PM | PLC Interlock Check | | | | 8.5 | | |
| 08/05/09 | 8:00 AM | 4:30 PM | Setup for Performance Trial | | | | 8.5 | | |
| 08/06/09 | 8:00 AM | 8:00 PM | Performance Trials | | | | 12 | | |
| 08/07/09 | 8:00 AM | 8:00 PM | Performance Trials | | | | 12 | | |
| 08/08/09 | 9:30 AM | 5:30 PM | Saturday Travel | | | | | | 8 |
| | | | Totals: | | | | 42 | | 15 |

**Comments:** Times shown are the totals for all personnel listed above.

**Signatures:**

Customer: 

Glatt Representative:

Confidential

GAT0011651